# APPRAISAL REPORT OF
# THE 7.507 ACRE LAND PARCEL
# IMPROVED WITH
# OLDER 96,000 SQUARE FOOT INDUSTRIAL FACILITY
# LOCATED AT
# 1007 BANK STREET,
# AKRON, SUMMIT COUNTY, OHIO



**REPORT PREPARED FOR:**
**TR CONSTRUCTION, INC.**

**REPORT PREPARED BY:**
**JOHN W. EMIG, MAI**
**PRESIDENT**
**SPALDING/EMIG COMPANY**
**164 EAST MAIN STREET, SUITE 201**
**KENT, OHIO 44240**

**EFFECTIVE DATE OF REPORT:**
**AUGUST 17, 2016**

**EXHIBIT**
**6**

# TABLE OF CONTENTS

**PAGE NO.**

SUBJECT MAPS ....................................................................................................................4
AERIAL VIEWS OF SUBJECT .............................................................................................6
SUBJECT PROPERTY PHOTOGRAPHS................................................................................8
CERTIFICATION...................................................................................................................19
DISCLOSURE STATEMENT ................................................................................................20
PURPOSE/INTENDED USE OF REPORT ............................................................................21
DEFINITION OF MARKET VALUE .....................................................................................21
PROPERTY RIGHTS APPRAISED .......................................................................................21
DEED/LEGAL DESCRIPTIONS ...........................................................................................22
REAL ESTATE TAXES.........................................................................................................22
PROPERTY OWNERSHIP ....................................................................................................22
COMPETENCY STATEMENT...............................................................................................22
SCOPE OF WORK .................................................................................................................23
REGIONAL DESCRIPTION ..................................................................................................24
NEIGHBORHOOD/SITE DESCRIPTION .............................................................................39
IMPROVEMENTS DESCRIPTION .......................................................................................44
HIGHEST AND BEST USE....................................................................................................45
APPRAISAL PROCESS..........................................................................................................46
VALUATION METHODOLGY/DIRECT SALES COMPARISON ANALYSIS ...................49

Assumptions & Limitations
Appraiser's Qualifications

ADDENDUM A – Deed/Legal Descriptions for Subject
ADDENDUM B – Real Estate Tax Information for Subject
ADDENDUM C – Zoning Information for Subject

# Spalding/Emig Company_____
real estate appraising and consultation

John W. Emig, MAI
Ann M. Rutledge, SRA
Jeffery L. Wissler
Aaron J. Emig

October 14, 2016

Mr. Joe Riley                          VIA EMAIL:  trconstuctioninc@yahoo.com
TR Construction, Inc.
760 Brown Street
Akron, Ohio  44311

RE:    **The 7.507 acre land parcel improved with older 96,000 square foot industrial facility
located at 1007 Bank Street, Akron, Summit County, Ohio**

Dear Mr. Riley:

At your request, I have personally visited and toured the above-referenced property on
August 17, 2016 (the effective date of this valuation) for purposes of rendering an opinion of its
market value based upon unencumbered fee simple ownership.  The subject property is situated
on the east side of the city of Akron approximately 3 miles east of downtown Akron, just
northeast of East Market Street (a primary traffic artery) and just north of the former Goodyear
Tire & Rubber corporate headquarters facility that is presently being re-developed.  The location
is also approximately 1.5 miles east of the State Route 8 expressway (a north – south artery) and
approximately 1 mile north of Interstate 76 (an east – west artery).  The subject site is comprised
of three tax parcels located on the northeast side of Bank Street, east of North Arlington Street
and north of North Case Avenue.  The site is irregular in shape and sloping in topography.  Total
site size is approximately 7.507 acres.  The majority of this site is zoned U-5, Ordinary Industry
and U-6, Heavy Industry with a small parcel zoned U-1, Single-Family Residential.  City utilities
are available.

The subject site is improved with an older industrial facility.  Gross building area is
approximately 96,000 square feet.  The original portions of the complex date to 1902 with an
addition completed in 1916.  The building is considered to be in fair – poor overall condition.
The need for extensive roof repairs were noted throughout the complex.  The owner of the
subject property is a contractor and indicates that the roof repairs can be completed and that the
building can be weather proofed for a cost of approximately $100,000.

Mr. Joe Riley
TR Construction, Inc.
October 14, 2016
Page 2

The appraiser considers highest and best use of the subject property to be for re-development purposes. The property owner indicates interest from potential investment partners for development of a hotel, brewery, senior living facility, etc. The location of the subject property is considered generally inferior to other re-development parcels within the city of Akron. However, some benefit may be achieved for the subject's location through positive re-development of the former Goodyear complex less than 1 mile south of the subject.

In developing a value conclusion for the subject property, the appraiser considers only Direct Sales Comparison Analysis to be a reliable indicator. Improvements are far too old to accurately implement Cost-Depreciation Analysis. Further, speculative re-development projects such as the subject are typically purchased by owner-users. The subject property is not considered rentable in its current condition. Thus, Income-Capitalization Analysis is also considered an unreliable value indicator.

Two sets of comparable sales data have been developed for the subject. Four sales of commercial land parcels were reviewed in addition to four sales of older industrial properties. Both sets of sales provide identical value conclusions for the subject property. The comparable land sales lead the appraiser to a conclusion of market value for the 7.507 acres of land at $165,000 per acre or $1,250,000, total. The four sales of improved industrial properties provide a conclusion rounded to $13.00 per square foot of gross building area or $1,250,000. With identical indications developed under both scenarios, the final market value conclusion for the subject property is rounded to a level of:

## ONE MILLION TWO HUNDRED FIFTY THOUSAND DOLLARS

### $1,250,000

No items of personal property/FF&E are included as part of the above value estimates. Exposure time for the subject property is estimated at approximately 1 – 5 years. The appraiser is not aware of any arm's-length transfers or marketing efforts for the subject within the past three years. The current owner of the subject property purchased the facility in July 2008.

The appraiser is not professionally qualified to conduct an environmental audit of the property and has assumed for purposes of this report that no hazardous or illegal materials exist within the facility. It is left to the user of this report to determine whether an environmental audit is desirable or necessary.

Mr. Joe Riley
TR Construction, Inc.
October 14, 2016
Page 3


I appreciate this opportunity to be of service.  Please do not hesitate to contact me with any questions you may have regarding this report.

Respectfully submitted,

SPALDING/EMIG COMPANY

John W. Emig, MAI
President

JWE/mcl

attachments

**SUBJECT MAPS**



*114528  –  1007 Bank Street, Akron*            5



*114528 – 1007 Bank Street, Akron*                                                                          6

## AERIAL VIEWS OF SUBJECT



*114528 – 1007 Bank Street, Akron*                                                                                7

**AERIAL VIEW OF SUBJECT**



*114528 – 1007 Bank Street, Akron*                                                    8

## SUBJECT PROPERTY PHOTOGRAPHS

<u>EXTERIOR</u>





*114528 – 1007 Bank Street, Akron*                                                                 9

<u>EXTERIOR</u>





*114528  –  1007 Bank Street, Akron*                                                                10

INTERIOR





<u>INTERIOR</u>





*114528  –  1007 Bank Street, Akron*                                                              12

INTERIOR





*114528 – 1007 Bank Street, Akron*                                                          13

<u>I</u><small>NTERIOR</small>





*114528  –  1007 Bank Street, Akron*                                                                                    14

INTERIOR





<u>INTERIOR</u>





*114528 – 1007 Bank Street, Akron* 16

INTERIOR





*114528 – 1007 Bank Street, Akron*      17

<u>INTERIOR</u>



*114528  –  1007 Bank Street, Akron*                                                    18

STREET SCENES





# CERTIFICATION

I certify that to the best of my knowledge and belief, that

1. I have performed **no previous** appraisal services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

2. The statements of fact contained in this report are true and correct.

3. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

4. I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

5. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

6. My engagement in this assignment was not contingent upon developing or reporting predetermined results.

7. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

8. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute.

9. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

10. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives

11. I have made a personal inspection of the property that is the subject of this report.

12. No one provided significant real property appraisal assistance to the person(s) signing this certification.

13. As of the date of this report, I, John W. Emig, MAI, have completed the continuing education program of the Appraisal Institute.

Certified by,

SPALDING/EMIG COMPANY

John W. Emig, MAI
State of Ohio Certified #381334
General Real Estate Appraiser

**APPRAISER DISCLOSURE STATEMENT**

In compliance with Ohio Revised Code Section 4763.12 ©

1. Name of Appraiser   JOHN W. EMIG, MAI

2. Class of Certification/Licensure:   __X__   Certified General
                                       _____   Licensed Residential
                                       _____   Temporary   _____   General   _____   Licensed

   Certification//Licensure Number:   381334

3. Scope:   This report   __X__   is within the scope of my Certification or License.
                          _____   is not within the scope of my Certification or License.

4. Service Provided By:   __X__   Disinterested & Unbiased Third Party
                          _____   Interested & Biased Third Party
                          _____   Interested Third Party on Contingent Fee Basis

5. Signature of person preparing and reporting the appraisal

   This form must be included in conjunction with all appraisal assignments or
   specialized services performed by a state-certified or state-licensed real estate
   appraiser.

State of Ohio
Department of Commerce
Division of Real Estate
Appraiser Section
Cleveland (216) 787-3100

## PURPOSE/INTENDED USE OF REPORT

The purpose of this report is to provide an estimate of market value for the subject property located at 1007 Bank Street, Akron, Summit County, Ohio as of the date of property visitation – August 17, 2016.

The intended use of this report is to provide the client and property owner with a current indication of market value with potential for attracting investors and/or financing.

## DEFINITION OF MARKET VALUE

The most probable price that a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;

2. Both parties are well informed or well advised, and each acting in what they consider their best interests;

3. A reasonable time is allowed for exposure in the open market;

4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.[1]

## PROPERTY RIGHTS APPRAISED

The property rights appraised within this report are those of fee simple estate.  Fee simple estate is defined as absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.[2]

---

[1]*This definition is found in both of the following sources:  (12 C.F.R. Part 34.42(g); 55 Federal Register 34696, August 24, 1990, as amended at 57 Federal Register 12202, April 9, 1992; 59 Federal Register 29499, June 7, 1994) and (The Interagency Appraisal and Evaluation Guidelines, effective December 10, 2010).*

[2]<u>*The Dictionary of Real Estate Appraisal*</u>*, 6th edition, © 2015 by the Appraisal Institute, an Illinois not for profit corporation.*

**DEED/LEGAL DESCRIPTIONS**

See Addendum A.


**REAL ESTATE TAXES**

A copy of the Summit County Auditor's real estate tax information for the subject property is provided in Addendum B.


**PROPERTY OWNERSHIP**

The subject property is under ownership of TR Construction, Inc. having acquired the property in July 2008.  No arm's-length transfers or marketing efforts were noted within the past three years.


**COMPETENCY STATEMENT**

I have experience in appraising properties similar to the subject and am in compliance with the Competency Rule of USPAP.  The appraiser has been actively and continuously involved in appraising since 1976 and has appraised similar properties.  Additional information pertaining to the appraiser's competency can be found within the appraiser's Professional Qualifications following the Assumptions and Limiting Conditions section of this report.

## SCOPE OF WORK

In preparing this **appraisal**, the appraiser:

1. Personally visited and toured both the interior and exterior of the residence;

2. Developed an appraisal process strategy for carefully analyzing the subject property to provide a credible opinion of value;

3. Searched the following geographical areas for indications of general market trends relevant to this property type:  City of Akron;

4. Collected relevant public record data regarding the subject property including taxes, zoning, transfer records, property assessment, legal description(s) and building information;

5. Analyzed comparable sales data for improved properties collected from public and private databases as well as personal records;

6. Researched comparable sales data from as far back as 10 years;

7. Verified data through methods including personal contact with principals in the transactions, or review of county records, or used data verified by others;

8. Developed the highest and best use of the property including surveying the market, noting supply and demand factors, considering zoning limitations and examining the feasibility of alternative uses;

9. Considered the following approaches to value towards developing a credible appraisal report:  Cost-Depreciation, Direct Sales Comparison and Income-Capitalization Analyses;

10. Developed the only relevant and credible approach to value in the report:  Direct Sales Comparison Analysis; and

11. Produced an appraisal report under USPAP Standards Rule 2-2(a).

# REGIONAL DESCRIPTION

**Census and Unemployment Data**

The subject property is situated on the east side of the city of Akron and is considered part of the Greater Akron market area.  The Akron market area encompasses the Northeast Ohio Counties of Summit, Medina and Portage.  Unemployment rates by county in Ohio are shown below.  Unemployment at the end of 2015 was 4.6% in the state of Ohio, and 4.8% in Summit County.



Based on 2010 U.S. Census Bureau data, the population count for the tri-county area was 875,532, a 3.5% increase over 2000 results.  The Census estimates the population in 2014 at 879,854.  The Census count for Summit County is 541,781 for 2010.  Akron is the largest city within the market area with 2010 Census count of 199,110 and estimated 2014 population of 197,859.  The Census reports 380,699 housing units in the tri-county area.  Nineteen smaller cities and 21 villages surround Akron.  Sixty percent of all U.S. and Canadian households are within 600 miles of Ohio.  More than ten million people live within a 150-mile radius of Greater Akron, ranking it among the top metropolitan markets in the United States.

The most recent Census Survey further reports for Summit County:  median household income of $49,669, and median home value of $137,700.  Portage County has a median household income of $51,969 and median home value of $153,600.  Medina County has a median household income of $65,768 and median home value of $182,700.

**Transportation**

Access to other market areas in Ohio and the United States is provided via the interstate highway system, which includes Interstates 71, 76, 77, 80 (Ohio Turnpike), 90, 271 and 480; by U.S. Highway Routes 42, 224 and 422, and by 36 state routes.

The region is served by more than 160 trucking companies and numerous truck terminals throughout the area.  Conrail, Norfolk Southern Corporation, CSX Transportation and the Akron-Barberton Belt Line provide rail services.  Water transportation is available via the Port of Cleveland, which links the region to domestic ports as well as 140 foreign ports in 70 countries.

Commercial airline and freight service is available from the Akron/Canton Regional Airport located 10 miles south of Akron on Interstate 77, a 15-minute drive from downtown Akron.  Five commercial airlines and numerous private charters serve the airport.  Akron/Canton Airport is one of the fastest-growing airports in the US.  It recently celebrated the completion of a $60 million expansion project, which included an expanded terminal with new food court and a new interchange on I-77.  Daily, nonstop flights to New York City, Atlanta, Chicago and numerous other destinations are considered to be a significant enhancement to the region as a whole.  The Airport recently entered another long-range Capital Improvement Plan, CAK 2018, which will include a runway extension to accommodate jets to the west coast, Mexico and the Caribbean; and a Customs and Border Patrol facility, making Akron-Canton an international airport.  Akron Fulton International Airport is located in the southeast corner of the City of Akron and can accommodate heavy multi-engine aircraft; but offers no commercial passenger flights.

Cleveland Hopkins International Airport is located 40 miles north of Akron.  Until recently, when United Airlines announced that it will no longer be using Cleveland Hopkins as a hub, the Airport has handled more than 350 arriving and departing flights daily to approximately 70 destinations.  The loss of United Airlines was seen as a significant blow to the Airport and to Cleveland as a whole.  However, three new airlines have already begun service out of Cleveland.  There is reason to hope for further new airlines and for lower fares for passengers.

Mass transportation is provided by the Akron Metropolitan Regional Transit Authority, which operates commuter bus lines throughout Summit County; and PARTA (Portage Area Regional Transit Authority), which operates bus routes in Kent, including the Kent State University campus, Akron, Ravenna, and Stow.  In addition, Greyhound provides bus service throughout the region and provides connecting service to other parts of the US and Canada.

**Economy and Employment**

The Ohio Department of Job and Family Services reports on nonagricultural wage and salary employment in the Akron MSA in 2014 as follows:

| INDUSTRY | PERCENTAGE OF WORKFORCE |
|---|---|
| Education, health care | 15.8% |
| Manufacturing | 12.0% |
| Trade, transport, utilities | 19.8% |
| Government | 14.4% |
| Professional/management | 15.5% |
| Other | 22.5% |

The Akron area is considered to be a national and global hub for polymer-related industries.  Over 400 Akron companies with more than 35,000 employees are involved in polymer research and development.  The City of Akron has established a biomedical corridor – a specially designated zone near downtown – to attract related businesses.  The University Of Akron Institute Of Polymer Science, together with the state-funded Edison Polymer Innovation Corporation, provides research and technological assistance to the private sector for the development of polymer industries.  About 80% of U.S. polymer academic research is conducted in Northeast Ohio.  This area is also home to numerous other growth industries including aerospace, electronics, fabricated metals and chemicals; and Kent State University is a world center for liquid crystal display research.

Data compiled by the US Department of Labor indicates the unemployment rate in Summit County to be 6.3% at the end of December, 2013, and 4.5% at the end of December 2014.  The table below summarizes unemployment rate figures over the 2005 - 2014 period for Summit County.  Unemployment figures rose significantly through 2008 - 2010 on local, state and national levels.  Unemployment has dropped more or less steadily since then.

| Year | Summit County Unemployment Rate |
|---|---|
| 2005 | 5.7% |
| 2006 | 5.3% |
| 2007 | 5.6% |
| 2008 | 7.4% |
| 2009 | 10.8% |
| 2010 | 9.0% |
| 2011 | 7.3% |
| 2012 | 6.2% |
| 2013 | 6.3% |
| 2014 | 4.5% |
| 2015 | 4.3% |

The Greater Akron Chamber ranks the Largest Employers in Greater Akron:

| | |
|---|---|
| SUMMA Health Systems | Medical |
| FirstMerit Corp. | Banking |
| Akron General Health System | Medical |
| Kent State University | Higher Education |
| Akron Children's Hospital | Medical |
| Goodyear Tire & Rubber | Manufacturing |
| Summit County | Government |
| Akron Public Schools | Education |
| University of Akron | Higher Education |
| FirstEnergy Corp. | Utilities |

The Ohio Development Services Agency reports business starts in Ohio counties as follows:

| County | 2014 | 2013 | 2012 | 2011 | 2010 |
|---|---|---|---|---|---|
| Summit | 787 | 894 | 823 | 875 | 833 |
| Medina | 304 | 320 | 321 | 300 | 304 |
| Portage | 190 | 202 | 194 | 229 | 182 |

The local economy showed a marked decline beginning in the fall of 2008. Resales in 2009 - 2011 of commercial real estate in all sectors show general declines in price. Generally improving conditions are noted from 2011/2012 to the present, although many properties have not returned to pre-recession levels. Following are specific data showing resales of local properties.

| ADDRESS/LOCATION | SALE PRICE | SALE DATE | RESALE PRICE | RESALE DATE | TOTAL % CHANGE | # of YEARS | AVG ANNUAL PRICE CHNG | PROPERTY TYPE |
|---|---|---|---|---|---|---|---|---|
| 466 Commerce St, Tallmadge, Summit County | $312,500 | Jan-08 | $284,000 | Apr-15 | -9.12% | 7.25 | -1.26% | Industrial built 1986 |
| 4240 Sunnybrook Rd, Brimfield, Portage County | $500,000 | Oct-03 | $587,500 | Apr-15 | 17.50% | 11.50 | 1.52% | Industrial built 1968 |
| 7825 Lincoln St. SE, East Canton, Stark County | $160,000 | Jun-11 | $180,000 | Jan-15 | 12.50% | 3.58 | 3.49% | Industrial built 1973 |
| 87 E. Voris St., Akron, Summit County | $303,000 | Nov-08 | $250,000 | Nov-14 | -17.49% | 6.00 | -2.92% | Industrial built 1965 |
| 4535 State Rd., Cuyahoga Falls, Summit County | $1,800,000 | Nov-07 | $1,450,000 | Jul-14 | -19.44% | 6.67 | -2.92% | Industrial built 2000 |
| 2111 Center St., Cleveland, Cuyahoga County | $550,000 | Nov-10 | $605,000 | Jun-14 | 10.00% | 3.58 | 2.79% | Industrial built 1942 |
| 5130 Tallmadge Rd., Rootstown, Portage County | $185,000 | Jan-10 | $235,000 | Jun-14 | 27.03% | 4.42 | 6.12% | Industrial built 1998 |
| 4612 W. Tuscarawas, Perry Twp, Stark Co | $400,000 | May-06 | $240,000 | Apr-14 | -40.00% | 7.92 | -5.05% | Medical office built 1988 |
| 1328 E. Archwood Ave., Akron, Summit County | $450,000 | Nov-07 | $346,500 | Apr-14 | -23.00% | 6.42 | -3.58% | Industrial built 1973 |
| 325 W. Smith Rd., Medina, Medina County | $150,000 | Nov-11 | $185,000 | Mar-14 | 23.33% | 2.33 | 10.00% | Industrial built 1920 |
| 14800 Foltz Ind Pkwy, Strongsville, Cuy Co | $900,000 | Jun-11 | $890,000 | Jan-14 | -1.11% | 2.58 | -0.43% | Industrial built 1985 |
| 1532 Enterprise Pkwy, Twinsburg, Summit Co | $850,000 | Aug-12 | $940,000 | Jan-14 | 10.59% | 1.42 | 7.47% | Industrial built 1984 |
| 1339 Easton Dr., Akron, Summit Co | $298,400 | Jun-12 | $290,000 | Oct-13 | -2.82% | 1.33 | -2.11% | Industrial built 1968 |
| 420 N. Court St., Medina, Medina Co | $199,900 | Jan-07 | $148,500 | Jun-13 | -25.71% | 6.42 | -4.01% | Commercial built 1915 |
| 830 Cleveland Ave. SW, Canton, Stark County | $140,000 | Dec-10 | $265,000 | Apr-13 | 89.29% | 2.33 | 38.27% | Industrial built 1956 |
| 1288 Starlight Dr., Akron, Summit Co | $525,000 | Oct-01 | $518,800 | Apr-13 | -1.18% | 11.50 | -0.10% | Industrial built 1990 |
| 740 S. Progress Dr., Medina, Medina County | $220,000 | May-12 | $247,500 | Apr-13 | 12.50% | 0.92 | 13.64% | Industrial built 1993 |
| 200 N Main St., Hudson, Summit Co | $800,000 | Jun-05 | $374,000 | Mar-13 | -53.25% | 7.75 | -6.87% | Restaurant, built 1834 |
| South side Boettler Rd., Green, Summit Co | $2,015,480 | Apr-06 | $1,600,000 | Jan-13 | -20.61% | 6.75 | -3.05% | Residential development land |

PAIRED SALES: 2009 - 2015 RESALES

*114528 – 1007 Bank Street, Akron*                                                                                            28

| ADDRESS/LOCATION | SALE PRICE | SALE DATE | RESALE PRICE | RESALE DATE | TOTAL % CHANGE | # of YEARS | AVG ANNUAL PRICE CHNG | PROPERTY TYPE |
|---|---|---|---|---|---|---|---|---|
| | | | | | **PAIRED SALES:  2009 - 2015 RESALES** | | | |
| 4111 August Ave., Rootstown, Portage Co | $230,000 | Jul-99 | $130,000 | Dec-12 | -43.48% | 13.42 | -3.24% | Burger King in 1999 |
| | | | | | | | | Vacant land in 2012 |
| 9150 Market Sq Dr., Streetsboro, Portage Co | $2,800,000 | Apr-08 | $1,400,000 | Nov-12 | -50.00% | 4.58 | -10.91% | Medical office built 2000 |
| 2676 Aurora Rd., Twinsburg, Summit Co | $675,000 | Dec-04 | $555,000 | Nov-12 | -17.78% | 7.92 | -2.25% | Medical office built 2000 |
| 711-755 Smith Rd., Medina, Medina Co | $1,450,000 | Sep-01 | $1,000,000 | Sep-12 | -31.03% | 11.00 | -2.82% | Industrial built 1964-1976 |
| 400 West Ave., Tallmadge, Summit Co | $1,565,000 | Dec-99 | $1,400,000 | Aug-12 | -10.54% | 12.67 | -0.83% | Car dealership built 1966 |
| 1475 Wolf Creek Tr, Sharon, Medina Co | $1,855,726 | Jun-11 | $3,025,000 | Aug-12 | 63.01% | 1.17 | 54.01% | Industrial built 1995 |
| 15-85 Midway Plaza, Tallmadge, Summit Co | $2,750,000 | Jul-04 | $1,525,000 | Jun-12 | -44.55% | 7.92 | -5.63% | Retail plaza built 1955 |
| 2991 Interstate Pkwy, Brunswick, Medina Co | $1,300,000 | Apr-03 | $1,000,000 | Jun-12 | -23.08% | 9.17 | -2.52% | Industrial built 1997 |
| 1011 Lake Rd, Medina, Medina Co | $1,052,570 | Feb-10 | $500,000 | Jun-12 | -52.50% | 2.33 | -22.50% | Industrial built 1970 |
| 3670 Progress St. NE, Canton, Stark County | $550,000 | Aug-11 | $615,000 | May-12 | 11.82% | 0.75 | 15.76% | Industrial built 2002 |
| 2935 W. Market St., Fairlawn, Summit Co | $800,000 | Oct-10 | $1,065,000 | May-12 | 33.13% | 1.58 | 20.92% | Restaurant built 1972 |
| 201 Twinsburg Rd., Northfield Ctr, Summit Co | $400,000 | Feb-07 | $359,380 | Apr-12 | -10.16% | 5.17 | -1.97% | Truck terminal built 1962 |
| 1730 Akron-Peninsula Rd., Akron, Summit Co | $510,000 | Feb-02 | $370,000 | Apr-12 | -27.45% | 10.17 | -2.70% | General office built 1969 |
| 3975 Hametown Rd., Norton, Summit Co | $168,000 | Apr-06 | $150,000 | Apr-12 | -10.71% | 6.00 | -1.79% | Industrial built 1960 |
| 450 Kennedy Rd., Springfield Twp, Summit Co | $700,000 | May-05 | $835,000 | Jan-12 | 19.29% | 6.67 | 2.89% | Industrial built 1966 |
| NW corner Darrow Rd and 91, Hudson, Summit Co | $800,000 | Jan-09 | $750,000 | Jan-12 | -6.25% | 3.00 | -2.08% | Land zoned commercial |
| 2947 Nationwide Pkwy, Brunswick, Medina Co | $410,000 | Feb-07 | $351,500 | Dec-11 | -14.27% | 4.83 | -2.95% | Industrial built 1989 |
| 909 W. Smith Rd/Liberty St, Medina, Medina Co | $1,200,000 | Apr-08 | $1,200,000 | Dec-11 | 0.00% | 3.67 | 0.00% | Industrial built 1996 |
| 9040 Dutton Dr., Twinsburg, Summit Co | $710,000 | Sep-05 | $600,000 | Nov-11 | -15.49% | 6.17 | -2.51% | Industrial built 1977 |
| 700 Graham Rd., Cuyahoga Falls, Summit Co | $725,000 | Jul-09 | $805,000 | Sep-11 | 11.03% | 2.17 | 5.09% | Office built 1962 |
| 402 Commerce St., Tallmadge, Summit Co | $200,000 | Dec-03 | $178,000 | May-11 | -11.00% | 7.42 | -1.48% | Industrial built 1969 |
| 8401 Orrin Dr., Harrisville Twp, Medina Co | $3,380,000 | Dec-03 | $1,155,555 | Mar-11 | -65.81% | 7.25 | -9.08% | Auto dealership built 2002 |
| 1790 Miller Pkwy, Streetsboro, Portage Co | $2,750,000 | May-07 | $2,250,000 | Dec-10 | -18.18% | 3.58 | -5.07% | Industrial built 1995 |
| 2935 W Market St., Fairlawn, Summit Co | $1,000,000 | Oct-03 | $800,000 | Oct-10 | -20.00% | 7.00 | -2.86% | Restaurant built 1972 |
| 2368 Enterprise East Pkwy, Twinsburg, Summit Co | $2,800,000 | Feb-06 | $1,897,268 | Oct-10 | -32.24% | 4.67 | -6.91% | Industrial built 1990 |
| 1946 Trapas Ave., Coventry Twp, Summit Co | $1,940,000 | Feb-07 | $600,000 | Sep-10 | -69.07% | 3.58 | -19.28% | Industrial built 1960 - 1984 |
| 2825 Medina Rd., Medina Twp, Medina Co | $2,000,000 | Apr-07 | $1,130,000 | Aug-10 | -43.50% | 3.33 | -13.05% | Auto dealership built 1973 |
| 16925 Park Circle Dr., Bainbridge Twp, Geauga Co | $1,475,000 | Mar-01 | $700,000 | Aug-10 | -52.54% | 9.42 | -5.58% | Industrial built 1986 |
| 8190 Roll & Hold Pkwy, Macedonia, Summit Co | $5,450,000 | Jul-03 | $3,100,000 | Jul-10 | -43.12% | 7.00 | -6.16% | Industrial built 1995 |
| 4803 E 345th St., Willoughby, Lake Co | $1,800,000 | Oct-06 | $1,550,000 | Jun-10 | -13.89% | 3.67 | -3.79% | Industrial built 1985 |
| 3774 Congress Pkwy, Richfield, Summit Co | $1,100,000 | Jul-07 | $735,000 | Jun-10 | -33.18% | 2.92 | -11.38% | Industrial built 1998 |
| 8146 Bavaria Rd., Macedonia, Summit Co | $5,200,000 | Jul-08 | $2,600,000 | May-10 | -50.00% | 1.83 | -27.27% | Industrial built 1991 |
| 4410 Manchester Rd., New Franklin, Summit Co | $320,000 | Sep-05 | $220,000 | May-10 | -31.25% | 4.67 | -6.70% | Retail built 2005 |
| 2181 Killian Rd., Springfield Twp, Summit Co | $797,500 | Jun-05 | $490,000 | Apr-10 | -38.56% | 4.83 | -7.98% | Industrial built 1970 |
| 2400 Romig Rd. (former Target) | $900,000 | Jan-07 | $500,000 | Apr-10 | -44.44% | 3.25 | -13.68% | Retail |
| Rolling Acres Mall, Akron, Summit Co | $1,450,000 | Sep-02 | $500,000 | Apr-10 | -65.52% | 7.58 | -8.64% | Built 1995 |
| 3000 Leavitt Road - Bldg. A, Lorain, Lorain Co | $1,226,666 | Aug-04 | $1,075,000 | Apr-10 | -12.36% | 5.67 | -2.18% | Office/shop built 1997 |
| 451 Kennedy Rd., Springfield Twp, Summit Co | $546,000 | Nov-01 | $417,150 | Mar-10 | -23.60% | 8.33 | -2.83% | Industrial built 1970 |
| 2575 Greensburg Rd., Green, Summit Co | $1,700,000 | Dec-07 | $2,600,000 | Feb-10 | 52.94% | 2.17 | 24.43% | Industrial built 1982 |
| 440 E Highland Rd., Macedonia, Summit Co | $655,000 | May-07 | $580,000 | Nov-09 | -11.45% | 2.50 | -4.58% | Industrial built 1975 |
| 5863 Darrow Rd., Hudson, Summit Co | $3,942,214 | Apr-05 | $3,600,000 | Nov-09 | -8.68% | 4.58 | -1.89% | Retail built 1981 |
| 1519 Enterprise Way, Kent, Portage Co | $800,000 | Apr-99 | $420,000 | Nov-09 | -47.50% | 10.58 | -4.49% | Industrial built 1986 |
| 3730 Tabs Dr., Green, Summit Co | $758,000 | Nov-05 | $580,000 | Sep-09 | -23.48% | 3.83 | -6.13% | Office built 1990 |
| 4933 Neo Pkwy, Garfield Heights, Cuyahoga Co | $1,500,000 | Jul-05 | $1,135,000 | Jun-09 | -24.33% | 3.92 | -6.21% | Industrial built 1962 |

*Spalding/Emig Company*

**Climate**

The climate in the region is continental, characterized by large annual, daily and even hourly ranges in temperatures and a wide variation in precipitation. Northwesterly winds blowing off Lake Erie tend to lower temperatures in summer and raise them in the winter. When winds are from other directions, the lake has little effect on temperatures within the region. The area's prevailing winds are southerly throughout the year and average 10 mph.

Annual extremes in temperature normally occur soon after the summer and winter solstices. Winters are typically cold and cloudy with temperatures falling below zero degrees Fahrenheit an average of 4 to 6 days per season. Summers are usually warm and humid with temperatures in the nineties an average of 8 to 14 days per year. Temperatures in the urban areas are warmer than in rural areas in all seasons of the year.

Weather changes occur every few days as a result of passing cold and warm fronts and their associated centers of high and low pressure areas. Thunderstorms occur on an average 35 to 40 days per year and are most frequent from April through August. Fall is the driest season. Winds blowing from Lake Erie in winter often bring heavy snow squalls. Snowfall typically ranges from 72 inches in the northern areas to 37 inches in the south with an average annual snowfall of 48 inches. The average annual precipitation is 35 inches.

**Physical Attributes**

The region lies within two major physiographic provinces: the Great Central Lowlands and the Glaciated Allegheny Plateau. The drainage divide between the Great Lakes Basin and the Ohio River Basin passes through the region in a somewhat erratic direction from northeast to southwest. The northern portions of the region drain northward into Lake Erie via the Black River, Rocky River and Cuyahoga River. The southerly areas drain southward into the Ohio River basin via the headwaters of the Tuscarawas River. The highest elevations are in the 1,320-foot to 1,340-foot range with the lowest point at 600 feet above sea level. The topography of the region is generally mostly level to moderately sloping with local relief commonly less than 50 feet per mile. Steeply sloping ravines and land areas with the greatest relief are found mostly along the sides of the major river valleys and their tributaries.

**Education**

The Akron area has over thirty institutions of higher education within a 50-mile radius, including four state universities, several technical community colleges, a medical university (NEOMED), and numerous private, four-year colleges. The University of Akron and Kent State University together grant more than 6,500 undergraduate degrees and over 2,700 masters and doctoral degrees each year. The tri-county area has approximately 46 public libraries and branches thereof.

**Health Care**

Numerous hospitals provide major health care in the tri-county area. Summa Health Systems and Akron General Medical Center provide a combined total of over 2,000 beds in the City of Akron. In addition, Children's Hospital Medical Center of Akron is nationally recognized for the treatment of hemophilia and for research in burn treatment. These institutions

have supported satellite medical center development within suburban locations over the past ten years. Other health care providers within the tri-county area include over fifty nursing homes and nearly 2,000 physicians. Northeast Ohio has the 5th largest concentration of medical facilities in the U.S. With the Austen BioInnovation Institute in Akron, and the University of Akron, Akron is becoming a center of biomedical research, discovery and enterprise.

**Recreation**

Cultural entertainment in the area includes the 3,000-seat E. J. Thomas Performing Arts Hall, home of the Akron Symphony Orchestra; and Blossom Music Center, summer home of the world-renowned Cleveland Orchestra. The historic Civic Theatre, a popular Akron landmark and home of the "Mighty Wurlitzer" theater organ, continues to provide culture and entertainment in a convenient downtown setting.

The John S. Knight Center provides the City of Akron with the opportunity to attract convention revenue. The 122,300 square foot convention center located downtown includes exhibition space, a conference center, and a full service kitchen. Construction of the Akron Rubber Ducks minor-league baseball stadium in Downtown Akron was completed in spring 1997. Other outdoor functions are held at the Lock III Park located at the third lock on the old Ohio-Erie Canal. The Cuyahoga Valley Scenic Railroad is now accessible downtown at the new Howard Street Station. The Akron Art Museum reopened in 2007 after the completion of a new building and expansion project.

The area includes over 65 public and private golf courses including Akron's Firestone Country Club, which hosts high-profile national events. Other area attractions include Wild Water Kingdom, a water park in Aurora; the All-American Soap Box Derby at Derby Downs; and the Akron Zoological Park. The Cuyahoga Valley National Park, in northern Summit County and adjacent southeastern Cuyahoga County, was one of the Top Ten most-visited national parks in the United States in 2012. Hale Farm and Western Reserve Village are working, recreated, 19th century farmsteads featuring restored buildings and early American crafts.

The canal towpath, reconstructed for hiking and biking, has been extended from the national park area, through downtown Akron, and on south through the length of Summit County to connect with more southerly segments of the trail.

Summit County is also home to the Akron Metropolitan Park System, which oversees fourteen area parks and six conservation areas encompassing a total of 11,000 acres.

**Overview of Local Real Estate Trends**

Despite a continuation in the drop of mortgage interest rates, local market conditions have been somewhat soft since about 2001. However, the market seemed relatively stable until about early 2007, when overall economic conditions affected this area along with the rest of the country. Demand exists for well-performing investment-grade properties with little or no deferred maintenance. Under-performing assets, and those with deferred maintenance, require steep discounts and/or prolonged marketing periods. Data pertaining to specific property types is discussed below. With the exception of multi-family and medical offices, few new deliveries are

expected over the next twelve months due to an adequate supply of existing properties, stagnant demand, and the fact that construction costs have increased more rapidly than market values have since 2008.

**State of the Residential Market**

The Ohio Development Services Agency shows a steady decline in residential housing starts over the past several years, as shown below.  Housing starts may be starting to level off this year.

**Residential Housing Starts**

|            | __2008__ | __2009__ | __2010__ | __2011__ | __2012__ | __2013__ | __2014__ |
|------------|------|------|------|------|------|------|------|
| **Summit**  | 593  | 488  | 482  | 476  | 437  | 435  | 409  |
| **Portage** | 278  | 182  | 175  | 161  | 174  | 231  | 213  |
| **Medina**  | 580  | 463  | 423  | 373  | 402  | 504  | 552  |

The data on the following chart are retrieved from the Summit County Fiscal Office website (www.co.summit.oh.us/fiscaloffice).  This chart reflects existing, residential properties which the County perceives to have been involved in single-parcel, arm's-length transactions. The residential market seems to have bounced back in 2012, in terms of number of sales, after a large drop in 2009.  Average sale prices are still fluctuating.

| Municipality | 2011 Avg Home Sales | | 2012 Avg Home Sales | | 2013 Avg Home Sales | | 2014 Avg Home Sales | |
|---|---|---|---|---|---|---|---|---|
| | 2011 Count | 2011 Average | 2012 Count | 2012 Average | 2013 Count | 2013 Average | 2014 Count | 2014 Average |
| Summit County | 2740 | $175,176 | 3287 | $178,567 | 4375 | $174,748 | 4585 | $178,417 |
| Akron | 619 | $110,492 | 671 | $113,366 | 910 | $110,737 | 1100 | $109,061 |
| Barberton | 83 | $101,168 | 97 | $94,650 | 134 | $97,623 | 160 | $101,000 |
| Bath Twp | 70 | $377,873 | 96 | $328,381 | 103 | $344,386 | 108 | $355,330 |
| Boston Twp | 3 | $154,000 | 1 | $148,800 | 3 | $278,833 | 5 | $165,700 |
| Boston Hts Village | 10 | $342,290 | 9 | $473,667 | 5 | $375,800 | 11 | $432,305 |
| Clinton | 5 | $173,300 | 4 | $109,950 | 7 | $194,143 | 5 | $173,000 |
| Copley Twp | 112 | $215,189 | 160 | $221,907 | 200 | $206,903 | 186 | $219,523 |
| Coventry Twp | 45 | $140,187 | 51 | $133,134 | 76 | $150,344 | 119 | $131,280 |
| Cuyahoga Falls | 289 | $124,634 | 325 | $128,421 | 481 | $134,556 | 450 | $138,814 |
| Fairlawn | 53 | $188,148 | 72 | $188,160 | 99 | $181,124 | 98 | $187,380 |
| New Franklin | 50 | $162,480 | 76 | $135,525 | 118 | $154,839 | 92 | $187,648 |
| Green | 171 | $176,374 | 211 | $195,584 | 276 | $183,464 | 277 | $207,152 |
| Hudson | 218 | $323,653 | 262 | $326,523 | 339 | $327,191 | 312 | $358,121 |
| Lakemore | 21 | $97,895 | 12 | $127,604 | 23 | $119,327 | 22 | $130,353 |
| Macedonia | 89 | $199,797 | 129 | $201,888 | 149 | $202,597 | 140 | $208,486 |
| Mogadore | 10 | $116,275 | 13 | $112,962 | 20 | $114,947 | 20 | $129,847 |
| Munroe Falls | 34 | $140,576 | 45 | $153,460 | 60 | $142,664 | 49 | $164,245 |
| Northfield Twp | 29 | $183,384 | 52 | $172,743 | 76 | $175,602 | 59 | $176,186 |
| Northfield Village | 6 | $127,833 | 22 | $133,627 | 16 | $124,031 | 28 | $118,844 |
| Norton | 47 | $152,129 | 59 | $125,430 | 86 | $137,112 | 114 | $142,447 |
| Peninsula | 3 | $256,833 | 5 | $225,400 | 1 | $345,000 | 3 | $349,467 |
| Reminderville | 38 | $186,107 | 45 | $169,465 | 60 | $176,509 | 74 | $208,657 |
| Richfield Twp | 20 | $420,625 | 25 | $437,404 | 22 | $414,784 | 20 | $485,270 |
| Richfield Village | 26 | $292,960 | 30 | $297,128 | 39 | $372,081 | 34 | $359,523 |
| Sagamore Hills | 78 | $183,382 | 111 | $202,247 | 156 | $176,144 | 152 | $182,700 |
| Silver Lake | 16 | $198,431 | 34 | $220,132 | 33 | $206,932 | 28 | $214,611 |
| Springfield Twp | 49 | $118,553 | 53 | $128,202 | 76 | $133,412 | 90 | $138,495 |
| Stow | 276 | $170,922 | 298 | $172,301 | 370 | $169,940 | 367 | $177,460 |
| Tallmadge | 94 | $153,173 | 125 | $145,931 | 167 | $147,666 | 160 | $160,336 |
| Twinsburg City | 143 | $212,112 | 162 | $196,306 | 226 | $212,036 | 242 | $204,778 |
| Twinsburg Twp | 33 | $262,670 | 32 | $269,907 | 44 | $237,548 | 60 | $262,777 |

The Supreme Court of Ohio has released figures showing the number of foreclosure filings has dropped.  Foreclosures in neighboring counties, as well as across the country, have also dropped.

| Foreclosures | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2008 |
|---|---|---|---|---|---|---|---|
| Summit Co | 2,388 | 2,829 | 3,794 | 3,658 | 4,320 | 4,633 | 4,113 |
| Portage Co | 412 | 552 | 771 | 792 | 991 | 935 | 874 |
| Medina Co | 491 | 624 | 845 | 906 | 1,098 | 1,155 | 961 |

**State of the Apartment Market**

In the late 1990s and early 2000s, new construction of large apartment complexes occurred predominantly near primary retail growth surrounding the Chapel Hill Mall area (located at the border of Akron, Cuyahoga Falls and Tallmadge); in the Montrose area of western Summit County (surrounding the intersection of Interstate 77 and State Route 18) at Bath Township, Copley Township and the City of Fairlawn; along Steels Corners Road near Route 8 in Stow and in Streetsboro near I-480 and State Route 14.  The City of Akron encouraged upscale loft-style housing in the downtown area, and market demand has proved somewhat soft. The downtown Akron area has also seen a number of new housing projects catering mostly to university students.

Construction of new apartments slowed significantly, and vacancy rose after about 2002. In 2008, concurrent with the national credit and lending crisis, new construction ground nearly to a halt, and annual sales volume slowed.  However, vacancies decreased for most projects, beginning in 2010, caused in part by declines in home-ownership rates.  Currently, most apartment owners are reporting occupancy in the 92% - 100% range.  Rental rates for recently constructed apartment units typically range from approximately $750 – $1,000 per month for one-bedroom units and $850 – $1,500 per month for two-bedroom units.  University student housing typically ranges from $400 - $700 per bedroom.

Multi-family housing is leading the recovery of commercial real estate.  Home ownership rates decreased due to tightened lending practices.  Although the recent residential mortgage crisis seems to have eased, with mortgage rates hitting historic lows, the recent trend in multi-family housing is high occupancy, increasing rents, and new construction, -- notably student housing in university markets, government assisted units, and units in repurposed buildings in the central city.  Most large-scale multi-family projects currently involve student housing in downtown Akron near the University of Akron campus, and student housing in Kent for Kent State University students.

**State of the Retail Market**

The greater Akron area witnessed steady retail growth during the first years of the new century.  New construction reflected predominantly satellite retail plaza and big box retailers surrounding existing retail mall facilities and within growing suburban communities.  The growth of Sam's Club, Wal-Mart, Target, Home Depot, Best Buy, Lowe's and various pharmacies added much new retail space at $8.00 – $16.00 per square foot, triple net.  Smaller plaza suites indicated rents at $12.00 - $40.00 per square foot.  Areas that experienced significant retail development during this period include State Route 14 in Streetsboro, Wadsworth at I-76 and State Routes 94 and 261, in Brimfield Township at I-76 and County Highway 18 and in Macedonia at State Routes 8 and 82.

Retail has been one of the last property types to recover from the most recent recession, as is typically the case with recessionary conditions.  Tightening lending practices, rising unemployment, and declining consumer confidence led to declining profits for many retailers in 2009.  Regional figures show evidence of a continuing cautious recovery after the 2008 financial crisis.  Vacancy rates overall have inched downward through 2013, and rental rates have inched upward.  Malls and shopping centers have continued to experience higher vacancy rates than

other types of retail.  Investment appetite remains strong for properties leased to national, credit-worthy tenants with long-term leases.  Capitalization rates for these investments are at historic lows (4% – 6%), thanks to low interest rates.  Older neighborhood retail plazas struggle to attract tenants and investors.  In summer 2016, the city of Akron obtained title to Rolling Acres Mall with plans to demolish the facility and redevelop the site.





Fluctuations in sales volume and prices continued through 2014.



*Source: CoStar COMPS®*

**State of the Office Market**

Office surveys indicate consistently fluctuating office sales volume over the past five years, after a significant drop in 2008.  Prices per square foot have also fluctuated somewhat.  Sales activity and rental rates are up very slightly over 2012, while vacancy rates have inched downward.  Like retail, office has been slow to recover since the recession.  Businesses are doing "more with less," meaning that they have reduced staff.  They are requiring less square footage per employee, reducing overall demand for office space.  Additionally, some corporations are allowing employees to work remotely or from home offices.  As such, the office sector is expected to recover slowly, with limited new development in the near term.  Most new construction will be build-to-suit.



*Source: CoStar Property®*





## State of the Industrial Market

Throughout the past several years, the industrial real estate market has trailed multi-family in its recovery, but led retail and office.  Industrial lease rates finished 2014 slightly higher than at the end of 2013, due to rising occupancy rates.

Industrial new construction has slowed drastically over the past several years.  Much of the new construction within the tri-county area has taken place within the Streetsboro/Aurora area, Akron, Brunswick, Green, Cuyahoga Falls and Stow areas.  Streetsboro and Aurora are located within the northern portion of Portage County and have good accessibility to Cleveland, provided via Interstates 271 and 480 and the Ohio Turnpike.  Industrial land values range from approximately $40,000 – $150,000 per acre, and rents for newer buildings range from approximately $4.00 – $9.00 per square foot.

There has been little new development since 2007 as construction costs have risen faster than values.  Current values and rental rates do not justify new construction in most cases. Rental rates should begin to rise in the near term, as occupancy rates have been reported in the 5% to 10% range.  Preferences have shifted away from manufacturing and toward functional warehouse space with high clearance.  Some older manufacturing facilities have been converted to warehouse use.







## Absorption & Deliveries
### Past 7 Quarters

Source: CoStar Property®

## Summary

The Akron regional area is situated in Northeast Ohio and is considered to be a central location with respect to major metropolitan areas in the east-central United States. The region offers good access and transportation services to surrounding markets in Ohio, the U.S. and the world. Akron is known for its polymer industry and sophisticated polymer research infrastructure, and is known as the Polymer Center of the Americas. Akron has worked hard to promote business development among small businesses in order to create a more stable and diverse local economy.

Availability of quality health care, cultural entertainment and recreational facilities all contribute to the Akron metropolitan area's continually improving lifestyle and economy. Akron was named an All-America City in 2008 by the National Civic League. Akron qualified for the honor by citing its efforts in public education, industry and business, and an after-school programming initiative.

Consistent with national trends, the local market has improved since the trough of the recession, which occurred in late 2010 – early 2011. Multi-family markets led the recovery, followed closely by industrial, net-leased retail, and medical office space. Retail and general office have experienced the slowest recoveries, particularly for antiquated buildings in secondary locations. Some new construction is expected in the near term, due to high occupancy rates in the strong asset classes. However, construction costs have outpaced values, rendering new construction infeasible in most markets. The market has been helped by historically low interest rates. Caution should be observed with rising interest rates, which may result in declining values for those property classes that have been trading at historically low capitalization rates.

## NEIGHBORHOOD/SITE DESCRIPTION

The subject property is situated on the east side of the city of Akron, the largest city in Summit County and the county seat. Akron is a community of just under 200,000 residents. The subject neighborhood surrounds the intersection of East Market Street with Arlington Street and Case Avenue. Properties along East Market Street and Arlington Street are predominantly commercial in character. Industrial properties predominate to the east along North Case Avenue, North Arlington Street and Bank Street. Some older single-family residences are located on interior streets. The subject property is situated approximately 3 miles east of downtown Akron. It is also located east of the State Route 8 expressway which is a primary north – south traffic artery and is approximately 1 mile north of Interstate 76, a primary east – west artery. The subject property is also located north of the former Goodyear Tire & Rubber corporate headquarters facility. Goodyear relocated it's headquarter and research facility to a new building south of I-76 in recent years. A developer has obtained title to the original facilities and is in the process of re-developing the complex for mixed use. Residential apartments have met with good market acceptance within the initial phase of re-development. A new motel facility has also been located near Interstate 76, south of the subject. Toyota and Mercedes Benz automobile dealerships are also located south of the subject property near I-76.

Limited amounts of vacant land remain available within the immediate vicinity of the subject. Overall locational appeal is rated fair – average. Subject improvements conform reasonably well with the character of the surrounding neighborhood. The property owner indicates that existence of a nearby rail line is considered a positive marketing attribute for the subject property for interested re-development partners.

The subject site is located on the northeast side of Bank Street, north of North Case Avenue and east of North Arlington Street. The site includes three tax parcels. Two parcels are located west of an active railroad track while one is located to the east. The site is irregular in shape and sloping in topography. Total site area is approximately 7.507 acres. City utilities are available including natural gas, electricity, water and sewer. The majority of the subject parcel is zoned U-5, Ordinary Industry and U-6, Heavy Industry. One former residential site at the northwest corner of the parcel is zoned a Single-Family Residential District. The existing building is placed near the south-central portion of the site directly adjoining the west side of the railroad track. Applicable site sketches are provided on the following pages.

## TAX MAP



## AERIAL MAP



## ZONING MAP



## FLOOD MAP



© 2015 – STDB. All rights reserved.

This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. No third party is authorized to use or rely on this Report for any purpose. THE SELLER OF THIS REPORT MAKES NO REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT, ACCURACY OR COMPLETENESS OF THIS REPORT, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The seller of this Report shall not have any liability to any third party for any use or misuse of this Report.

## IMPROVEMENTS DESCRIPTION

The subject site is improved with an older industrial facility constructed in several phases.  Auditor's records reflect a total building area of approximately 96,000 square feet.  The building is predominantly single-story in design but includes a three-story office at the front or south side and some interior shop mezzanine levels.  Exterior walls are predominantly brick.  The roof is tapered with metal trusses and predominantly wood decking.  Significant roof damage is noted throughout the complex.  Once again, the property owner is a contractor and indicates that the roof repairs can be completed and the building made weather proof for a cost of approximately  $100,000.    The  interior  is  divided  into  multiple  industrial  bays  with predominantly concrete floors, brick walls and exposed ceilings.  The building is served by multiple gas-fired unit heaters and two larger air rotation heaters.  The offices are in fair – poor overall condition.  The building will need extensive renovations to be functional for either continued industrial or alternative use.  The original portions of the building were constructed in 1902 with additions completed through 1916.  In the current condition, effective age is estimated at approximately 75 years and remaining economic life at approximately 20 years (subject to roof/wall repairs).

*114528 – 1007 Bank Street, Akron*                                                45

## HIGHEST AND BEST USE

The Appraisal Institute published "The Appraisal of Real Estate" which defines highest and best use as:

> *The reasonably probable and legal use of property that results in the highest value.  The four criteria that the Highest and Best Use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity. Alternatively, the highest and most profitable use for which the property is adaptable and needed or likely to be needed in the reasonably near future[3]*

Zoning places few limitations on potential use of the subject site and would permit development of the subject with a variety of uses.  Considering the subject site as if vacant, the location of the subject property near primary traffic arteries, downtown Akron and the former Goodyear corporate headquarters complex indicates that re-development of the property is considered likely.  The property owner indicates that interest has been received from development partners for a hotel, brewery, senior living facility, entertainment uses, etc.  Such re-development is considered likely although the time frame to achieve re-development is speculative.  It is also possible that the existing building could be razed for construction of new improvements on the site.  However, razing costs would likely justify renovation of the existing structure.

---

[3] *The Dictionary of Real Estate Appraisal*, 6th edition, © 2015 by the Appraisal Institute, an Illinois not for profit corporation (Uniform Appraisal Standards for Federal Land Acquisitions).

## APPRAISAL PROCESS

Appraisal Process can be described as a decision making process involving the scientific approach.  The scientific approach involves determination of facts through observations and analysis of events.  The purpose of this report is to determine the value of the appraised property based on an analysis of the available market data.

Once the availability of the data is established, it is necessary to organize it into meaningful methods of analysis.  Three such methods have been established for the analysis of real estate valuation.  These three methods are:

　　　　1.　　Cost-Depreciation Analysis;

　　　　2.　　Direct Sales Comparison Analysis; and

　　　　3.　　Income-Capitalization Analysis.

### Cost-Depreciation Analysis

The economic principles involved in Cost-Depreciation Analysis include substitution, contribution and balance.

Substitution implies that an investor will pay no more for a property than the cost of producing a similar property with the same utility.  Contribution assumes that the individual components of a property can be valued in terms of the amount they contribute to the value of the entire property.

Balance, however, is a unique principle, which is applied within the Cost-Depreciation Analysis through the analysis of highest and best use.  The site is always valued as if vacant and available to be put to its highest and best use.  Balance dictates that a value loss can occur if a site is developed in a manner other than highest and best use, either as an under improvement or an over improvement.

The underlying assumption of Cost-Depreciation Analysis is that cost of production can provide a reliable estimate of value.  Cost does not equate value and the two concepts are not always equal in amount.  However, if the cost of production is properly defined and can be directly measured by market data, then cost can be an appropriate measure of value.

Cost-Depreciation Analysis can be implemented using five basic steps:

1.  estimate the value of the site as if vacant and available to be put to its highest and best use;

2.  estimate reproduction cost of new improvements;

3.  estimate all elements of diminished utility (depreciation);

4.  deduct the estimate of depreciation from the reproduction cost new to arrive at a figure for the depreciated cost of improvements; and

5.  add the value of the site and site improvements to the depreciated improvement cost to obtain the indicated value via Cost-Depreciation Analysis.

Cost-Depreciation Analysis is most relevant in analyzing a newer structure with minimal depreciation and specialized use properties, which are seldom sold or leased within the local market place.

**Direct Sales Comparison Analysis**

Direct Sales Comparison Analysis is based on the economic principles of substitution and contribution.  The principle of substitution states that an informed, prudent and rational purchaser will pay no more for a property than the cost of obtaining a similar, competitive property with comparable utility and economic benefits.  In actual practice, this principle is implemented by analyzing competitive properties that have recently sold in the local market.

The sales prices of these competitive properties are then adjusted to reflect meaningful differences from the subject in physical and economic characteristics.  The adjustment process is based on the theory of contribution, which states that the present worth of any component can be measured by the amount it contributes to the value of the entire property.

Analyzing an appropriate number of these sales will indicate a relevant range of value and, through correlation of the data, ultimately indicate a supportable market value estimate. Direct Sales Comparison Analysis is most supportable for owner-occupied facilities and properties that are commonly bought and sold within the local market.

**Income-Capitalization Analysis**

The economic principles involved in Income-Capitalization Analysis are substitution, contribution and anticipation.  Applying the principle of substitution in Income-Capitalization Analysis implies that an informed, prudent and rational purchaser will pay no more for an income producing property than the cost of obtaining an alternative income stream of similar physical character and economic risk.

Contribution or marginal productivity assumes that the present worth of any component of a property can be measured by the amount it contributes to the value of the entire property.

Inter-related to these two principles is the principle of anticipation which states that an income producing property can be valued in terms of the amount and timing of benefits to be received at some future period of time.  This principle assumes that an investor is actually paying for the right to receive a future stream of income, which evolves from ownership.

Applying these principles specifically to a typical income producing property consists of four basic steps. First of all, the gross income of the property is estimated through analysis of competing rentals in the area. Second, expenses relating to the property are deducted to indicate a figure for net operating income. Next, an overall rate or discount rate is chosen through either direct market comparison, residual techniques or mortgage-equity analysis. The method of capitalization or discounting depends on the market data available. Finally, the net income is capitalized by the overall rate to indicate the value estimate via Income-Capitalization Analysis.

Income-Capitalization Analysis is a reliable indicator of value for multi-tenant facilities, properties being analyzed for their leased fee estates and properties that are commonly leased or acquired for investment purposes.

**Reconciliation**

After consideration and implementation of each of the three approaches to value, the strength and weaknesses of each are considered and varying levels of emphasis are applied to the conclusions of each approach reflecting their ability to reflect the market decision-making process of buyers and sellers. Appropriate weights are assigned to the value conclusions within each approach leading to a reconciled final value estimate for the property.

### VALUATION METHODOLGY/DIRECT SALES COMPARISON ANALYSIS

As noted in the cover letter to this report, only Direct Sales Comparison Analysis is considered a reliable value indicator for a re-development/speculative facility such as the subject. The appraiser has developed two sets of comparable sales information for purposes of analyzing the subject. The first set reflects sales of commercial land parcels while the second set reflects sales of older industrial facilities.

Data sheets for the four commercial land parcels are provided on the following pages. All four properties are located within the city of Akron. They range in parcel size from approximately 3.0 – 11.5 acres and indicate a range in sale price per acre from $132,800 - $442,919.

On a subsequent page, the Comparable Land Sales Adjustment Summary chart details differences between each of the sales and the subject. Sale No. 4 sold under generally similar market conditions while the remaining sales receive upward adjustments to reflect improving market conditions since the time of sale. All four sales receive downward adjustments to reflect generally superior locational attributes. Sales 1 and 3 receive downward adjustments to reflect smaller site size while Sale No. 4 receives and upward adjustment to reflect a larger site area. Sales 1, 3 and 4 receive downward adjustments to reflect superior physical attributes while Sale No. 2 receives and upward adjustment to reflect the combination of a highly irregular shape and sloping topography.

After completing the adjustment process to reflect differences between the comparable sales and the subject, the indicated range of value for the subject parcel is $146,080 - $186,026 per acre. With a generally equal weight placed upon the adjusted values developed from each of the sales, the appraiser concludes a most supportable final value estimate for the subject property based upon its underlying land that is rounded to $165,000 per acre or:

**$165,000/Acre  x  7.507 Acres        =        $1,238,655**

**Rounded To:                              $1,250,000**

# #1: 764 S. Broadway Ave. and 785 S. Main St.

## Basic Information

764 S. Broadway Ave. and 785 S. Main St.
Akron, OH

County: Summit County

Parcel Numbers:
67-16166 et al

Property Categories:
Commercial Land
Land



## Last Sale

Last Sale: 8/9/2011

Sale Price: $960,000

Sale Parties:
Broadrband.com Inc. (Grantor)
Family of Faith United Methodist Church (Grantor)
Rubber City Arches - Main and Broadway, LLC (Grantee)

## Data Points

| | | | |
|---|---|---|---|
| Zoning: | | Price Per SF: | $0.00 |
| Acreage: | 3.03 | Price Per Acre: | $316,831.68 |
| Gross Building Area (SF): | | Price Per Net SF: | $0.00 |
| Site-to-Building Ratio: | 0.00 | Price Per Unit: | $0.00 |
| Net Rentable Area (SF): | | NOI: | |
| Unit Count: | | PGI: | |
| Year Built: | | EGI: | |
| Tenancy: | | Expenses: | |
| Stories: | | Cap Rate: | |
| Ceiling Height: | | Vacancy Pct: | |
| Pct Office Finish: | | List Price: | |
| Refrigerated Space: | | Marketing Time: | |
| Cranes: | | | |
| Elevator: | | | |

## Miscellaneous Notes

764 S. Broadway comprises 0.44 acre and was improved at time of sale with a single-story cellular store. 785 South Main Street sold 8/9/2011. It includes 2.59 acres that was improved with a church facility at the time of sale. Total cost of building demolition and asbestos removal was approximately $210,000 bringing total cost of transaction to $960,000 Buyer plans retail/office re-development of the parcel awaiting re-development of new I-76 - I-77 interchange to south. Frontage on 3 streets, 2 of which are one-way. Verified by buyer. Plans for construction of a McDonalds restaurant on northern portion and Family Dollar on southern portion were halted by eminent domain taking for a new I-76/I-77 interchange to the south.

# #2: 1079 Keller Street

## Basic Information

1079 Keller Street
Akron, OH

County: Summit County

Parcel Numbers:
68-60634

Property Categories:
Commercial Land



## Last Sale

Last Sale: 2/1/2006

Sale Price: $1,162,000

Sale Parties:
Bohica Real Estate, LLC (Grantor)
Mike Pruitt Realty, Ltd. (Grantee)

## Data Points

| | | | |
|---|---|---|---|
| Zoning: | | Price Per SF: | $0.00 |
| Acreage: | 8.75 | Price Per Acre: | $132,800.00 |
| Gross Building Area (SF): | | Price Per Net SF: | $0.00 |
| Site-to-Building Ratio: | 0.00 | Price Per Unit: | $0.00 |
| Net Rentable Area (SF): | | NOI: | |
| Unit Count: | | PGI: | |
| Year Built: | | EGI: | |
| Tenancy: | | Expenses: | |
| Stories: | | Cap Rate: | |
| Ceiling Height: | | Vacancy Pct: | |
| Pct Office Finish: | | List Price: | |
| Refrigerated Space: | | Marketing Time: | |
| Cranes: | | | |
| Elevator: | | | |

## Miscellaneous Notes

Irregularly shaped site adjoining east side of State Route 8 expressway, just south of Howe Road. Previously utilized as a landscape company. Developed after purchase with a new Honda auto dealership. Site is highly irregular in shape and topography requiring significant site work expense.

# #3: 333 East Market Street

## Basic Information

333 East Market Street
Akron, OH

County: Summit County

Parcel Numbers:
68-61348
68-61437

Property Categories:
Commercial Land
Land



## Last Sale

Last Sale: 5/17/2012

Sale Price: $1,600,000

Sale Parties:
FMCI Inc. (Grantor)
Child Guidance and Family Solutions (Grantee)

## Data Points

| | | | | |
|---|---|---|---|---|
| Zoning: | U-3, Retail Business | | Price Per SF: | $0.00 |
| Acreage: | 3.61 | | Price Per Acre: | $442,918.84 |
| Gross Building Area (SF): | | | Price Per Net SF: | $0.00 |
| Site-to-Building Ratio: | 0.00 | | Price Per Unit: | $0.00 |
| Net Rentable Area (SF): | | | NOI: | |
| Unit Count: | | | PGI: | |
| Year Built: | | | EGI: | |
| Tenancy: | | | Expenses: | |
| Stories: | | | Cap Rate: | |
| Ceiling Height: | | | Vacancy Pct: | |
| Pct Office Finish: | | | List Price: | |
| Refrigerated Space: | | | Marketing Time: | |
| Cranes: | | | | |
| Elevator: | | | | |

## Miscellaneous Notes

Situated at northwest corner of North Forge Street, just west of State Route 8 expressway. Former automobile dealership with buidlings. Purchased for construction of a new office facility on 1.49 acre eastern portion of site. Traffic count 16,500/day. Verified by seller. 2.12 acre west portion currently offered for sale at $700,000 or $329,753 per acre

# #4: 99 South Seiberling Street

## Basic Information

99 South Seiberling Street
Akron, OH

County: Summit County

Parcel Numbers:
67-61032
67-62306

Property Categories:
Commercial Land
Land



## Last Sale

Last Sale: 5/8/2007

Sale Price: $2,635,000

Sale Parties:
Seiberling Street Development, LLC (Grantor)
Mahoning Valley Seiberling, LLC (Grantee)

## Data Points

| | | | |
|---|---|---|---|
| Zoning: | | Price Per SF: | $0.00 |
| Acreage: | 11.52 | Price Per Acre: | $228,812.09 |
| Gross Building Area (SF): | | Price Per Net SF: | $0.00 |
| Site-to-Building Ratio: | 0.00 | Price Per Unit: | $0.00 |
| Net Rentable Area (SF): | | NOI: | |
| Unit Count: | | PGI: | |
| Year Built: | | EGI: | |
| Tenancy: | | Expenses: | |
| Stories: | | Cap Rate: | |
| Ceiling Height: | | Vacancy Pct: | |
| Pct Office Finish: | | List Price: | |
| Refrigerated Space: | | Marketing Time: | |
| Cranes: | | | |
| Elevator: | | | |

## Miscellaneous Notes

Improved at time of sale with 278,500 s.f. 1 and 2-story industrial facility, built 1915. Razed 2009 with demolition costs of approx. $750,000 reportedly paid by a Clean Ohio environmental grant. Verified by buyer and personal appraisal.

## COMPARABLE LAND SALES ADJUSTMENT SUMMARY

| SALE NUMBER | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SALE PRICE/ACRE | $316,832 | $132,800 | $442,919 | $228,800 |
| TERMS & DATE OF SALE/MARKET CONDITIONS | 10% | 10% | 5% | 0% |
| **TIME ADJUSTED PRICE/ACRE** | **$348,515** | **$146,080** | **$465,065** | **$228,800** |
| LOCATION/ZONING | -25% | -20% | -25% | -20% |
| PARCEL SIZE | -10% | 0% | -10% | 5% |
| PHYSICAL ATTRIBUTES* | -20% | 20% | -25% | -10% |
| **ADJUSTED VALUE/ACRE** | **$156,832** | **$146,080** | **$186,026** | **$171,600** |

\* - Frontage, Corner Influence, Topography, Drainage, Shape, Demo Costs, Etc.

A similar analysis is developed for the subject property based upon review of sales of older industrial facilities.  Data sheets for four older industrial properties located within the city of Akron are provided on the following pages.  The sales reflect transaction prices ranging from $534,000 - $1,500,000.  They indicate a range in sale price per square foot from $11.40 - $14.60.

On a subsequent page, the Comparable Sales Adjustment Summary chart details differences between each of these sales and the subject.  Sale No. 6 receives a modest upward adjustment to reflect improving market conditions since the time of sale.  Sales 5 and 8 receive downward adjustments to reflect superior locational appeal near downtown Akron and hospital campuses.  Sale No 7 receives an upward adjustment to reflect an inferior location.  Sales 5, 6 and 8 receive upward adjustments to reflect significantly inferior site size.  Sales 6 and 7 receive downward adjustments to reflect superior property condition.  Sales 5 – 7 receive downward adjustments to reflect smaller building size while Sale No. 8 receives an upward adjustment to reflect a larger building area.

After adjustments, the indicated range of value for the subject property is $12.54 - $13.03 per square foot.  Once again, with an equal weight placed upon the adjusted values developed from each of the sales, the final value conclusion for the subject property is rounded to a level of $13.00 per square foot of gross building area or:

**$13.00/Sq. Ft.  x  96,000 Sq. Ft.  =       $1,248,000**

**Rounded To:                          $1,250,000**

# #5: 380 Water Street

## Basic Information

380 Water Street
Akron, OH

County: Summit County

Parcel Numbers:
67-17745
67-17746

Property Categories:
Industrial



## Last Sale

Last Sale: 6/23/2016

Sale Price: $534,000

Sale Parties:
Rogers Realty Company (Grantor)
Childrens Hospital Medical Center of Akron (Grantee)

## Data Points

| | | | |
|---|---|---|---|
| Zoning: | | Price Per SF: | $13.35 |
| Acreage: | 0.28 | Price Per Acre: | $1,907,142.86 |
| Gross Building Area (SF): | 40,000 | Price Per Net SF: | $0.00 |
| Site-to-Building Ratio: | 0.30 | Price Per Unit: | $0.00 |
| Net Rentable Area (SF): | | NOI: | |
| Unit Count: | | PGI: | |
| Year Built: | 1930 | EGI: | |
| Tenancy: | | Expenses: | |
| Stories: | 4 | Cap Rate: | |
| Ceiling Height: | | Vacancy Pct | |
| Pct Office Finish: | | List Price: | |
| Refrigerated Space: | | Marketing Time: | |
| Cranes: | | | |
| Elevator: | | | |

## Miscellaneous Notes

0.28 acre site at northwest corner Cedar Street improved with 4-story industrial complex, built 1930. Building includes a passenger elevator. Lower level is mostly below grade. Verified by personal appraisal.

# #6: 20 East North Street

## Basic Information

20 East North Street
Akron, OH 44304

County: Summit County

Parcel Numbers:

Property Categories:
Industrial



## Last Sale

Last Sale: 4/3/2013

Sale Price: $830,000

Sale Parties:
Parker Family LP (Grantor)
Akron Acquisitions LLC (Grantee)

## Data Points

| | | | |
|---|---|---|---|
| Zoning: | | Price Per SF: | $14.60 |
| Acreage: | 3.97 | Price Per Acre: | $209,068.01 |
| Gross Building Area (SF): | 56,840 | Price Per Net SF: | $0.00 |
| Site-to-Building Ratio: | 3.04 | Price Per Unit: | $0.00 |
| Net Rentable Area (SF): | | NOI: | |
| Unit Count: | | PGI: | |
| Year Built: | 1921 | EGI: | |
| Tenancy: | Single | Expenses: | |
| Stories: | | Cap Rate: | |
| Ceiling Height: | | Vacancy Pct: | |
| Pct Office Finish: | | List Price: | |
| Refrigerated Space: | | Marketing Time: | |
| Cranes: | | | |
| Elevator: | | | |

## Miscellaneous Notes

3.97 acre site improved with 1 and 2-story industrial facility of 56,840 s.f., built 1920 and 1980. 6 drive-in doors; 2 dock doors; block and metal construction. Included two, 10-ton and one 3-ton crane. Verified by broker.

# #7: 1246 Princeton Street

## Basic Information

1246 Princeton Street
Akron, OH

County: Summit County

Parcel Numbers:
67-25901

Property Categories:
Industrial



## Last Sale

Last Sale: 9/4/2008

Sale Price: $800,000

Sale Parties:
Vasilev Holdings Inc. (Grantor)
American Utility Land, LLC (Grantee)

## Data Points

| | | | |
|---|---|---|---|
| Zoning: | | Price Per SF: | $13.60 |
| Acreage: | 4.41 | Price Per Acre: | $181,405.90 |
| Gross Building Area (SF): | 58,845 | Price Per Net SF: | $0.00 |
| Site-to-Building Ratio: | 3.26 | Price Per Unit: | $0.00 |
| Net Rentable Area (SF): | | NOI: | |
| Unit Count: | | PGI: | |
| Year Built: | 1917 | EGI: | |
| Tenancy: | | Expenses: | |
| Stories: | | Cap Rate: | |
| Ceiling Height: | 20 ft | Vacancy Pct: | |
| Pct Office Finish: | 3% | List Price: | |
| Refrigerated Space: | | Marketing Time: | |
| Cranes: | | | |
| Elevator: | | | |

## Miscellaneous Notes

4.41 acre site near Kenmore Blvd. and South Main Street improved with single-story industrial facility. Originally constructed in 1917 with a small addition in 1969. Included nine 2-20 ton overhead cranes. Ceiling heights range from approx. 18 - 22 ft. Verified by broker and personal appraisal.

# #8: 265 West Bowery Street

## Basic Information

265 West Bowery Street
Akron, OH

County: Summit County

Parcel Numbers:
67-19913 et al

Property Categories:
Industrial



## Last Sale

Last Sale: 3/24/2016

Sale Price: $1,500,000

Sale Parties:
Cotter Enterprises Inc. et al (Grantor)
Childrens Hospital Medical Center of Akron (Grantee)

## Data Points

| | | | |
|---|---|---|---|
| Zoning: | | Price Per SF: | $11.40 |
| Acreage: | 1.80 | Price Per Acre: | $833,333.33 |
| Gross Building Area (SF): | 131,551 | Price Per Net SF: | $0.00 |
| Site-to-Building Ratio: | 0.60 | Price Per Unit: | $0.00 |
| Net Rentable Area (SF): | | NOI: | |
| Unit Count: | | PGI: | |
| Year Built: | 1900 | EGI: | |
| Tenancy: | | Expenses: | |
| Stories: | | Cap Rate: | |
| Ceiling Height: | | Vacancy Pct: | |
| Pct Office Finish: | | List Price: | |
| Refrigerated Space: | | Marketing Time: | |
| Cranes: | | | |
| Elevator: | | | |

## Miscellaneous Notes

1.8 acre site comprising 8 county parcel numbers. Improved with 1-4-story industrial complex, built 1900-1925. Verified by personal appraisal.

## COMPARABLE SALES ADJUSTMENT SUMMARY

| SALE NUMBER | **5** | **6** | **7** | **8** |
|---|---|---|---|---|
| SALE PRICE  /S.F. | $13.35 | $14.60 | $13.60 | $11.40 |
| TERMS & DATE OF SALE / MARKET CONDITIONS | 0% | 5% | 0% | 0% |
| **TIME ADJUSTED PRICE / S.F.** | **$13.35** | **$15.33** | **$13.60** | **$11.40** |
| LOCATION | -20% | 0% | 10% | -20% |
| SITE SIZE / UTILITY | 25% | 5% | 0% | 25% |
| QUALITY, AGE, CONDITION & UTILITY | 0% | -15% | -10% | 0% |
| BUILDING SIZE | -10% | -5% | -5% | 5% |
| **ADJUSTED VALUE / S.F.** | **$12.68** | **$13.03** | **$12.92** | **$12.54** |

*114528 – 1007 Bank Street, Akron*

## ASSUMPTIONS & LIMITING CONDITIONS

The certification of the appraiser appearing in this report is subject to the following conditions and to such other specific and limiting conditions as are set forth by the appraiser in the report.

**Assumptions and Limitations of the Appraisal.**

1.      This appraisal is for no purpose other than property valuation, and the appraiser is neither qualified nor attempting to go beyond that scope.  The reader should be aware that there are also inherent limitations to the accuracy of the information and analysis contained in this appraisal.  Before making any decision based on the information and analysis contained in this report, it is critically important to read this entire section to understand these limitations.

**Relating to survey, drawings, etc.**

2.      It is assumed that the utilization of the land and improvements is within the boundaries of the property lines of the property described and that there is no encroachment or trespass unless noted with the report.  No survey of the property has been made by the appraiser and no responsibility is assumed in connection with such matters.  Any maps, plats, or drawings reproduced and included in this report are intended only for the purpose of showing spatial relationships.  The reliability of the information contained on any such map or drawing is assumed by the appraiser and cannot be guaranteed to be correct.  A surveyor should be consulted if there is any concern on boundaries, setbacks, encroachments, or other survey matters.

**Relating to legal opinions.**

3.      No responsibility is assumed for matters of a legal nature that affect title to the property nor is an opinion of title rendered.  The title is assumed to be good and marketable.  The value estimate is given without regard to any questions of title, boundaries, encumbrances, liens or encroachments.  We are not usually provided an abstract of the property being appraised and, in any event, we neither made a detailed examination of it nor do we give any legal opinion concerning it.

4.      It is assumed that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless noncompliance is stated, defined, and considered in the appraisal report.  A comprehensive examination of laws and regulations affecting the subject property was not performed for this appraisal.

5.      It is assumed that all applicable zoning and use regulations and restrictions have been complied with, unless a non-conformity has been stated, defined, and considered in the appraisal report.  Information and analysis shown in this report concerning these items is based only on a rudimentary investigation.  Any significant question should be addressed to local zoning or land use officials and/or an attorney.

*Spalding/Emig Company*

*114528 – 1007 Bank Street, Akron*

---

6.      It is assumed that all required licenses, consents, or other legislative or administrative authority from any local, state or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.  Appropriate government officials and/or an attorney should be consulted if an interested party has any questions or concerns on these items since we have not made a comprehensive examination of laws and regulations affecting the subject property.

**Relating to engineering or property inspection reports.**

7.      This appraisal should not be considered a report on the physical items that are a part of this property.  Although the appraisal may contain information about the physical items being appraised (including their adequacy and/or condition), it should be clearly understood that this information is only to be used as a general guide for property valuation and not as a complete or detailed physical report.   The appraiser is not a construction, engineering, environmental, or legal expert, and any statement given on these matters in this report should be considered preliminary in nature.

8.      The observed condition of the foundation, roof, exterior walls, interior walls, floors, heating system, plumbing, insulation, electrical service, and all mechanicals and construction is based on a casual inspection only and no detailed inspection was made.  For instance, we are not experts on heating systems and no attempt was made to inspect the interior of the system.  The structures were not checked for building code violations, and it is assumed that all buildings meet applicable building codes unless so stated in the report.  Some items such as conditions behind walls, above ceilings, behind locked doors, or under the ground are not exposed to casual view and therefore were not inspected.  The existence of insulation, if any is mentioned, was found by conversation with others and/or circumstantial evidence.  Since it is not exposed to view, the accuracy of any statements about insulation cannot be guaranteed.  If any interested party is concerned about the existence, condition, or adequacy of any particular item, we would strongly suggest that a construction expert be hired for a detailed investigation.

9.      It is assumed that there are no hidden or unapparent conditions of the property, sub-soil, or structures that would render it more or less valuable.  No responsibility is assumed for such conditions, or for the engineering that may be required to discover such factors.  Since no engineering or percolation tests were made, no liability is assumed for soil conditions.  Sub-surface rights (minerals, gas/oil, etc.) were not considered in making this appraisal.  Wells and septic systems, if any, are assumed to be in good working condition and of sufficient size and capacity for the stated highest and best use.

10.     We are not environmental experts, and we do not have the expertise necessary to determine the existence of environmental hazards such as the presence of urea-formaldehyde foam insulation, toxic waste, asbestos or hazardous building materials, or any other environmental hazards on the subject or surrounding properties.  If we know of any problems of this nature which we believe would create a significant problem, they are disclosed in this report.  Nondisclosure should not be taken as an indication that such a problem does not exist, however.  An expert in the field should be consulted if any interested party has questions on environmental factors.  No chemical or scientific tests were performed by the appraiser on the subject property, and it is assumed that the air, water, ground, and general environment associated with the

---

*Spalding/Emig Company*

*114528 – 1007 Bank Street, Akron*

property present no physical or health hazard of any kind unless otherwise noted in the report.  It is further assumed that the lot does not contain any type of dumpsite and that there are no underground tanks (or any underground source) leaking toxic or hazardous chemicals into the groundwater or the environment unless otherwise noted in the report.

11.     The age of any improvements to the subject property mentioned in this report should be considered an estimate.  We are not sufficiently skilled in the construction trades to be able to reliably estimate the age of improvements by observation.  We therefore rely on circumstantial evidence which may come into our possession (such as dates on architectural plans, county auditor's records) or conversations with those who might be somewhat familiar with the history of the property such as property owners, on-site personnel, or others.  Parties interested in knowing the exact age of improvements on the land should contact us to ascertain the source of our data and then make a decision as to whether they wish to pursue additional investigation.

12.     Unless otherwise stated in this report, the subject property is appraised without a specific compliance survey having been conducted to determine if the property is or is not in conformance with the requirements of the Americans with Disabilities Act.  The presence of architectural and communications barriers that are structural in nature that would restrict access by disabled individuals may adversely affect the property's value, marketability, or utility.

13.     On all assignments subject to satisfactory completion, repairs or alterations, the report and value conclusion are contingent upon completion of the improvements in a workmanlike manner.

**Data Limitations.**

14.     As can be seen from limitations presented above, this appraisal has been performed with a limited amount of data.  Data limitations result from a lack of certain areas of expertise by the appraiser (that go beyond the scope of the ordinary knowledge of an appraiser), the inability of the appraiser to view certain portions of the property, the inherent limitations of relying upon information provided by others, etc.  There is also an economic constraint.  The appraisal budget (and the fee for this appraisal) did not contain unlimited funds for investigation.  We have spent our time and effort in the investigative stage of this appraisal in those areas where we think it will do the most good, but inevitably there is a significant possibility that we do not possess all information relevant to the subject property.

15.     Before relying on any statement made in this appraisal report, interested parties should contact us for the exact extent of our data collection on any point which they believe to be important to their decision making.  This will enable such interested parties to determine whether they think the extent of our data gathering process was adequate for their needs or whether they would like to pursue additional data gathering for a higher level of certainty.

16.     Information (including projections of income and expenses) provided by local sources, such as government agencies, financial institutions, accountants, attorneys, and others is assumed to be true, correct, and reliable.  No responsibility for the accuracy of such information is assumed by the appraiser.  Responsible ownership and competent property management are

*114528 – 1007 Bank Street, Akron*

assumed.

     17.    The comparable sales data relied upon in the appraisal are believed to be from reliable sources.  Though all the comparable sales were examined, it was not possible to inspect them all in detail.  The value conclusions are subject to the accuracy of said data.

     18.    All values shown in the appraisal report are projections based on our analysis as of the date of the appraisal.  These values may not be valid in other time periods or as conditions change.  We take no responsibility for events, conditions, or circumstances affecting the property's market value that take place subsequent to either the date of value contained in this report or the date of our field inspection, whichever occurs first.

     19.    Since projected mathematical models and other projections are based on estimates and assumptions which are inherently subject to uncertainty and variation depending upon evolving events, we do not represent them as results that will actually be achieved.

     20.    Opinions and estimates expressed herein represent our best judgment but should not be construed as advice or recommendation to act.  Any actions taken by you, the client, or any others should be based on your own judgment, and the decision process should consider many factors other than just the value estimate and information given in this report.

**Reporting Limitations.**

     21.    Appraisal reports are technical documents addressed to the specific technical needs of clients.  Casual readers should understand that this report does not contain all of the information we have concerning the subject property or the real estate market.  While no factors we believe to be significant but unknown to the client have been knowingly withheld, it is always possible that we have information of significance which may be important to others but which, with our limited acquaintance of the property and our limited expertise, does not seem to be important to us.

     22.    Appraisal reports made for lenders are technical documents specifically made to lender requirements.  Casual readers are cautioned about their limitations and cautioned against possible misinterpretation of the information contained in these reports.

     23.    There are no requirements, by reason of this appraisal, to give testimony or appear in court or any pretrial conference or appearance required by subpoena with reference to the property in question, unless sufficient notice is given to allow adequate preparation and additional fees are paid by the client at our regular rates for such appearances and the preparation necessitated thereby.

     24.    This report is made for the information and/or guidance of the client and possession of this report or a copy thereof, does not carry with it a right of publication.  Neither all nor any part of the contents of this report shall be conveyed to the public through advertising, public relations, news, sales, or other media without the written consent and approval of the appraiser.  Nor shall the appraiser, firm, or professional organization of which the appraiser is a member be identified without the written consent of the appraiser.

*Spalding/Emig Company*

*114528 – 1007 Bank Street, Akron*

___

25.    It is suggested that those who possess this appraisal report should not give copies to others.  Certainly legal advice should be obtained on potential liability issues before this is done.  Anyone who gives out an incomplete or altered copy of the appraisal report (including all attachments) does so at their own risk and assumes complete liability for any harm caused by giving out an incomplete or altered copy.  Neither the appraiser nor this company assumes any liability for harm caused by reliance upon an incomplete or altered copy of the appraisal report given out by others.  Anyone with a question on whether their copy of an appraisal report is incomplete or altered should contact our office.

26.    Values and conclusions for various components of the subject parcel as contained within this report are valid only when making a summation; they are not to be used independently for any purpose and must be considered invalid if so used.  The allocation of the total value in this report between land and improvements applies only under the reported highest and best use of the property.  The separate valuations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

27.    Disclosure of the contents of the appraisal report is governed by the bylaws and regulations of the professional appraisal organizations with which the appraiser is affiliated.

28.    Furnishings and equipment or business operations, except as specifically indicated and typically considered as a part of real estate, have been disregarded with only the real estate being considered.

29.    Unless otherwise noted, contributory value for liquor licenses associated with operations of the real estate has been specifically excluded.  However, it is recognized that viable operations of properties needing liquor licenses such as restaurants, bars/lounges and private clubs require these licenses so as not to impose functional obsolescence on the real estate.  It is assumed that all such properties include active, legal licenses.

30.    Unless otherwise noted, no value estimate is provided for mineral or timber rights of any kind.  We are aware of interest within our market area for acquisition of rights for shale exploration.  The user of the report is strongly urged to obtain competent advice as to any additional value potential relating to these and/or other mineral/timber rights.

31.    Acceptance of and/or use of this report constitutes acceptance of the above conditions.

___

*Spalding/Emig Company*

*114528  –  1007 Bank Street, Akron*

## <u>JOHN W. EMIG, MAI</u>

### PROFESSIONAL QUALIFICATIONS AS A REAL ESTATE APPRAISER

### PROFESSIONAL DESIGNATIONS/CERTIFICATIONS

MAI - Appraisal Institute.
State of Ohio Certified #381334, General Real Estate Appraiser.

### PROFESSIONAL EXPERIENCE

Owner & President, Spalding/Emig Company since March, 1983.
Vice President, Ohio Real Estate Appraisers Inc., September 1978; Managing Officer, May 1980-83.
Appraiser, First Federal Savings & Loan Association of Akron and Ohio Real Estate Appraisers Inc., 1976-83.

### EDUCATION

Bachelor of Business Administration - 1977 - Kent State University - Major Fields of Study - Real Estate and Finance.  (Summa Cum Laude).
Master of Business Administration - Kent State University - 1981.
Member Beta Gamma Sigma - National Scholastic Honor Society of Business and Management Graduates.

### PROFESSIONAL TRAINING

Various courses associated with Real Estate Major and MBA degree at Kent State University 1976 – 1980.

Various courses and seminars from the Society of Real Estate Appraisers, American Institute of Real Estate Appraisers and the Appraisal Institute 1977 – Current.

### PUBLISHED ARTICLES

"Housing Price and the CPI", published Summer, 1983 in "The Real Estate Appraiser and Analyst".  Co-authored with Dr. James R. Webb.

### PROFESSIONAL ORGANIZATION INVOLVEMENT

President, Society of Real Estate Appraisers, Akron-Canton Chapter #77, 1985-86.
Officer or Director, SREA, Akron-Canton Chapter #77, 1980-1988 and 1991.
Director, Northern Ohio Chapter Appraisal Institute 1999—2001.
Chaired Candidate Guidance Committee, Northeast Ohio Chapter Appraisal Institute, 1996-98.
Admissions Committee Chair, Northeast Ohio Chapter Appraisal Institute, 2001 - 2012.
Chaired Admissions, Candidate Guidance, Program and Research Committees, SREA, Akron-Canton Chapter #77.
Member, MAI Admissions Committee, Ohio Chapter AIREA, 1986-1988.
Instructor, "Estimating Income & Expenses for Income-Producing Properties", Appraisal Institute, 1996.
Instructor, Underwriters Seminar, SREA, 1986.
Attended Various Appraisal Institute Seminars and Courses.

*114528 – 1007 Bank Street, Akron*

John W. Emig, MAI
Professional Qualifications (Cont'd.)

## RECENT APPRAISAL REPORTS

Industrial - Warehouse and Manufacturing facilities.
Commercial - Office and Retail properties.
Residential - Multi-family, student housing, condominium, single family, subdivisions.
Special Purposes - Campgrounds, schools and churches, mobile home parks, self-storage facilities, bank branches, fraternal clubs, fraternity/sorority houses, farms, laboratories, truck terminals, service stations, restaurants, aircraft hangars, funeral homes, emergency care centers, bowling alleys, office condominiums, movie theaters, spas, golf courses, country clubs, indoor tennis and soccer facilities, sand/gravel operations, leasehold and leased fee valuations, value-in-use analysis, eminent domain/appropriations, etc.

## <u>CLIENTS</u>

### LOOKINGGLASS APPRAISAL MANAGEMENT SYSTEM

| **<u>Lenders</u>**: | **<u>Appraisal Reviews</u>**: |
|---|---|
| CF Bank | CF Bank |
| FirstMerit Bank | FirstMerit Bank |
| Home Savings Bank - Columbus | HomeStar Bank |
| Lake National Bank | National Bank & Trust |
| People's Bank | TriState Capital Bank |
| TriState Capital Bank | Westfield Bank |
| Westfield Bank | |

### LENDING INSTITUTIONS

| | |
|---|---|
| Citizens Bank | Lorain National Bank |
| Commercial & Savings Bank | The Middlefield Banking Company |
| Dollar Bank | New York Community Bank |
| Farmers National Bank | PNC Bank |
| Fifth Third Bank | Park View Federal Savings Bank |
| First Federal of Lakewood | Portage Community Bank |
| First National Bank | Premier Bank & Trust |
| FirstMerit Bank | S & T Bank |
| Home Federal Savings & Loan of Niles | Santander Bank |
| Home Savings & Loan Company of Youngstown | Sutton Bank |
| Hometown Bank | Talmer Bank |
| Huntington National Bank | U. S. Bank |
| JPMorgan Chase Bank | Western Reserve Bank |
| KeyBank | Westfield Bank |
| Liberty Bank | |

*114528 – 1007 Bank Street, Akron*

John W. Emig, MAI
Professional Qualifications (Cont'd.)

## CORPORATIONS

Akron General Medical Center
Albrecht, Inc.
American Red Cross
Ashland Oil
Aultman Hospital
Babcock & Wilcox
Barberton Citizen's Hospital
Best Buy
Children's Hospital of Akron
Coca-Cola
Firestone Tire & Rubber Co.
First American Title Insurance
First Energy
General Tire & Rubber
Giant Eagle
Goodwill Industries
Goodyear Tire & Rubber Co.

Home Depot
Jo-Ann Fabrics
Klaben Auto Group
Newell/Rubbermaid
Pepsi-Cola
PPG Industries
Roadway Express/Yellow Freight
Robinson Memorial Hospital
Roetzel & Andress, LPA
Salvation Army
Summa Health Care
Taco Bell
Target
3M Corporation
United Way
Wal-Mart

## OTHERS

Akron Board of Education
Barberton Board of Education
Bath Township
City of Akron
City of Barberton
City of Cuyahoga Falls
City of Hudson Village
City of Kent
City of Louisville
City of Macedonia
City of Medina
City of Norton
City of Ravenna
City of Stow
City of Streetsboro
City of Tallmadge
City of Twinsburg
Crestwood School District
Cuyahoga Falls Board of Education
Family and Community Services
General Services Administration (GSA)
Hudson Board of Education

Kent State University
Kevin Coleman
Medina County Park District
National Park Service
Norton City Schools
Portage County Airport
Portage County Commissioners
Revere Local Schools
Small Business Administration (SBA)
Stark Metropolitan Housing Authority
Strongsville City School District
Summit County
Summit County Port Authority
Summit Metro Parks
Tallmadge Public Schools
The Ohio State University
The University of Akron
The Trust for Public Land
Village of Mantua
Western Reserve Historical Society
YMCA/YWCA

Various local attorneys, accountants, etc.
Expert Witness testimony in Summit, Portage, Medina, Stark, Wayne and Cuyahoga Counties (Common Pleas, Domestic Relations, Probate and Federal Courts).  Ad Valorem Tax testimony before Summit, Stark, Medina, Cuyahoga, Wayne, Lorain, Geauga, Cuyahoga, Ashtabula and Portage County Board of Revision and Ohio Board of Tax Appeals.

*Spalding/Emig Company*

*114528 – 1007 Bank Street, Akron*

# APPRAISER'S LICENSE/CERTIFICATE

**STATE OF OHIO
DIVISION OF REAL ESTATE
AND PROFESSIONAL LICENSING**
AN APPRAISER LICENSE/CERTIFICATE
has been issued under ORC Chapter 4763 to:

NAME: John W Emig
LIC/CERT NUMBER: 000381334
LIC LEVEL: Certified General Real Estate Appraiser
CURRENT ISSUE DATE: 07/21/2016
EXPIRATION DATE: 07/31/2017
USPAP DUE DATE: 07/31/2017

*114528  –  1007 Bank Street, Akron*

---

## ADDENDUM A

Deed/Legal Descriptions for Subject

---

# GENERAL WARRANTY DEED

**GENEVIEVE KARDER, individually and not remarried, for valuable consideration paid, grants with general warranty covenants to TR CONSTRUCTION, INC. a Delaware corporation, whose tax mailing address is 152 W. Dartmore Avenue, Akron, OH 44301, THE FOLLOWING REAL PROPERTY:**

(See legal description attached hereto as "Exhibit A")

Commonly known as: 961 Bank Street, Akron, OH 44305

Prior instrument reference: OR 1646 , Page 971 of the Deed Records of Summit County, Ohio.

PM: _____ PPN: _____

WHEREFORE, I set my hand, this 29 day of Jan 2008.

*Genevieve Karder*
GENEVIEVE KARDER

State of Ohio, County of Summit ss.

BE IT REMEMBERED, that on the 29 day of Jan 2008, before me, the subscriber, a Notary Public in and for said state, personally came GENEVIEVE KARDER, the Grantor in the foregoing deed, and acknowledged the signing thereof to be her voluntary act and deed.

IN TESTIMONY THEREOF, I have hereunto subscribed my name and affixed my seal on the day and year last aforesaid.

_____
Notary

This instrument was prepared by:
Ronald M. Martin, Attorney at Law
1615 Akron-Peninsula Road, Akron OH 44313

JAMES W. SLATER, Attorney-At-Law
Notary Public - State of Ohio
My Commission has no expiration date
Sec. 147.03 R.C.

RESERVE TITLE AGENCY
No. 15425

**EXHIBIT A**

Situated in the City of Akron, County of Summit and State of Ohio:

And known as being a part of Lot #3, Tract #13, formerly Tallmadge Township, and more fully described as follows:

Beginning at a point in the easterly line of Bank Street which is S. 27 deg. 18' 30" E., along said easterly line of Bank Street 74.71 feet from its intersection with the south line of Seneca Place and 1128.87 feet along same line from its intersection with the southerly line of Hazel Street;  thence S. 27 deg. 18' 30" E., along said easterly line of Bank Street 38.36 feet to an

iron fence post at the northwest corner of land owned by the Biggs Broiler Works Company; thence S. 87 deg. 38' E., along the north line of said Biggs Broiler Works Company property and parallel with the South line of Seneca Place 126.39 feet to an iron pipe;  thence N. 26 deg. 20' W. 38.00 feet to a point; thence N. 87 deg. 38' W. parallel with the South line of Seneca Place, 127.14 feet to the place of beginning and containing .0970 acres of land.

Be the same more or less, but subject to all legal highways.

*Description approved by Tax Maps Approval good for 30 days from*

Property Address: 961 Bank Street, Akron, OH  44305

Parcel Number:  68-30973

NOTE:  This title paper does not insure the acreage or quantity of land specified in the above legal description.

TAX ID NUMBER:  060108001018000
PARCEL NUMBER:   68-30973

TRANSFERRED IN COMPLIANCE WITH
SEC. 319.202 REV. CODE
$ *100,000°°* $ *400°°* FEE
*Consideration By*
JOHN A. DONOFRIO
Fiscal Officer          *Deputy Fiscal Officer*
No. of pages *2*

TRANSFERRED
2008 AUG -5  PM 3: 20

3

**Limited Warranty Deed**
(Ohio Statutory Form (Ohio Revised Code 5302.07)

Know All Men by These Presents, that **KARDER BUILDINGS COMPANY**, an Ohio General Partnership (the "Grantor" ) for valuable consideration paid grants with limited warranty covenants to **TR CONSTRUCTION, INC.**, a Delaware corporation (the "Grantee), whose tax mailing address will be 152 W. Dartmore Avenue, Akron, OH 44301, that certain real property located in the City of Akron, County of Summit and State of Ohio which real property is more particularly described on Exhibit A attached hereto and made a part hereof.

Prior Instrument reference: 5495-221, 7026-523, 6925-199

PM No. _____          PPN: _____

**Commonly known as:  1007 Bank Street, Akron, OH 44305**

Subject to: (I) real estate taxes and assessments, both general and special, not yet due and payable (ii) zoning, building and land use ordinances (iii) any matters which would be disclosed on an accurate and complete survey of the real property and (iv) easements, restrictions and other conditions of record.

In Witness whereof, the Grantor has caused this instrument to be executed effective as of the 29 day of _____, 2008.

Grantor:

**KARDER BUILDINGS COMPANY**

By: _____
**GENEVIEVE C. KARDER, Trustee,
a General Partner**

State of Ohio                    )
County of Summit            )

The foregoing instrument was acknowledged before me this 19 day of _____, 2008, by **GENEVIEVE C. KARDER**, Trustee of the Genevieve C. Karder Trust dated

Page One of Two

**55562841**
Pg: 1 of 7
08/05/2008 03:34P
DE                68.00
John A Donofrio, Summit Fiscal Officer

BUCKEYE ____ ___ ___ LE AGENCY
ORDER NO. 15425

September 13, 1989, a General Partner of the Karder Buildings Company, an Ohio General Partnership, who acknowledged she did sign the foregoing instrument and that the same is the free act and deed of such General Partnership.

In Testimony whereof, I have hereunto subscribed my name and affixed by official seal at _____, Ohio, this ____ day of _____ 2008.

_____
Notary Public

JAMES W. SLATER, Attorney-At-Law
Notary Public - State of Ohio
My Commission has no expiration date
Sec. 147.03 R.C.

Prepared by Ronald M. Martin, Attorney at Law
1615 Akron Peninsula Road, Akron OH 44313

Page Two of Two



55562841
Pg: 2 of 7
08/05/2008 03:34P
DE              68.00
John A Donofrio, Summit Fiscal Officer

**EXHIBIT A**

Tract One:

Situated in the City of Akron, County of Summit and State of Ohio, and known as part of Lot Number Three (3) Tract Number Thirteen (13) formerly Tallmadge Township and is more particularly described as follows, to-wit:

Beginning at an iron pin set in the easterly line of Bank Street at its intersection with the north line of a parcel of land conveyed to The Biggs Boiler Works Company by Hill Sewer Pipe Company by deed dated June 11, 1917, recorded in Volume 586, Page 496, Summit County Records, which said point is also in the south line of a parcel of land conveyed to Seneca Palmer by William Cook and Priscilla Cook, husband and wife, by deed dated Aug. 1, 1867, recorded in Vol. 65, Page 255 of Summit County Records;  thence South 87 deg. 54' East along the north line of said land so conveyed to said The Biggs Boiler Works Company and the south line of said land so conveyed to said Palmer, a distance of about 302.94 feet to the northwest corner of a parcel of land conveyed to The Biggs Boiler Works Company by Esther S. Biggs and Lester M. Biggs, wife and husband, by deed dated March 22, 1902, recorded in Volume 371, Page 370, Summit County Records;  thence S. 18 deg. 30' $w$. along the west line of said land so conveyed to said The Biggs Boiler Works Company and along the west line of a parcel of land conveyed to said The Biggs Boiler Works Company by the Columbia Insulator Company, by deed dated February 16, 1907, recorded in Volume 350, Page 351, Summit County Records a distance of 331.3 feet to a point in the northeasterly line of Bank Street;  thence northwesterly along the northeasterly line of Bank Street to the place of beginning;  containing 1.17 acres of land. Be the same more or less. (Said beginning point being South 27 deg. 18' 30" East along the easterly $line$ of Bank Street 1166.66 feet from the Southerly line of Hazel Street.)

Tract Two:

Situated in the City of Akron, County of Summit and State of Ohio, and known as part of Lot Number Three (3), Tract Number Thirteen (13) formerly Tallmadge Township and is more particularly described as follows, to-wit:

Beginning at an iron pipe in the south line of Seneca Place, which is South 57 deg. 35' East along said south line of Seneca Place one hundred twenty-eight and fifty-nine hundredths (128.59) feet from an iron pipe at the intersection of said south line of Seneca Place with he easterly line of Bank Street (Said intersection being South 27 deg. 16' 30" East along the easterly line of Bank Street one thousand fifty three and fifty nine hundredths (1053.59) feet from the southerly line of Hazel Street);  thence South 87 deg. 38' East along the south line of Seneca Place and the north line of land deeded by Arthur E. Palmer to Edward and Thomas E. Putterill by deed dated August 30, 1916, and recorded in Volume 561, Page 113, Summit County Records of Deeds, eighty three and no hundredths (83.00) feet;  thence south 15 deg. 33' 30" East one hundred three and twenty-five hundredths (103.25) feet to a point in the south line of said Edward and Thomas E. Putterill land;  thence N. 87 deg. 38' West along said south line a distance of 61 feet to an iron pipe;  thence N. 26 deg. 20' W., a



55562841
Pg: 3 of 7
08/05/2008 03:34P
DE            68.00
John A Donofrio, Summit Fiscal Officer

distance of 112 feet tot he place of beginning and containing as surveyed June 27, 1925 by S.G. Swigart & Son 0.1624 acres of land, be the same more or less.

Tract Three:

Situated in the City of Akron, County of Summit and State of Ohio and known as part of Lot Number Three (3) Tract Number Thirteen (13), formerly *Tallmadge* Township and is more particularly described as follows, to-wit:

Beginning at an iron pipe in the south line of Seneca Place which is S. 87 deg. 38' E., along said south line of Seneca Place, a distance of about 211.59 feet from an iron pipe at the intersection of said south line of Seneca Place with the easterly line of Bank Street; (said intersection being S. 27 deg. 18' 30" E., along the easterly line of Bank Street 1053.59 feet from the southerly line of Hazel Street) said beginning point being also the northwest corner of a parcel of land conveyed to The Biggs Boiler Works Company by B.G. Carlson, as Trustee, by deed dated May 3, 1919 recorded in Volume 620, Page 112 Summit County Records; thence South 87 deg. 38' E., along the south line of Seneca Place and the north line of said land so conveyed to said The Biggs Boiler Works Company, a distance of 50 feet to the northeast corner thereof; thence South 26 deg. 10' E., along the easterly line of said land so conveyed to said Company, a distance of about 112 feet to the southeasterly corner thereof, said corner being also in the north line of a parcel of land conveyed to The Biggs Boiler Works Company by Hill Sewer Pipe Company by deed dated June 11, 1917, recorded in Volume 586, Page 496, Summit County Records; thence N. 87 deg. 54' W., along the south line of said land so conveyed to said The Biggs Boiler Works Company, by first mentioned deed and along the north line of said land described in the last mentioned deed, a distance of 72 feet to the southwest corner of the land described in said first mentioned deed, thence north along the west line of said land a distance of *101* 2/12 feet to the place of beginning, be the same more or less.

Tract Four:

Situated in the City of Akron, County of Summit and State of Ohio and known as part of Lot Number Three (3) Tract Number Thirteen (13), formerly Tallmadge Township and is more particularly described as follows, to-wit:

Beginning at an iron pipe in the easterly line of Bank Street and in the northerly line of a parcel of land conveyed to Seneca Palmer by William Cook and Priscilla Cook, husband and wife, by deed dated August 1, 1867 (sic August 2, 1968), recorded in Volume 65, Page 255 of Summit County Records; thence S. 87 deg. 38' E., along the north line of said land conveyed to said Palmer, a distance of 261.68 feet to an iron pipe; thence S. 26 deg. 20' E., 112 feet to an iron pipe in the north line of land conveyed The Biggs Boiler Works Company by Hill Sewer Pipe Company by deed dated June 11, 1917, recorded in Volume 586, Page 596 Summit County Records; thence S. 87 deg. 38' E., along the north line of a parcel of land so conveyed to said The Biggs Boiler Works Company and along the north line of a parcel of land conveyed to The Biggs Boiler Works Company by Esther S. Biggs and Lester M. Biggs, wife and husband, by deed Dated March 22, 1902, recorded in Volume 371, Page 370, Summit County Records a distance of 263.10 feet to an iron pipe at the northeast



corner of said last mentioned parcel of land; thence N. 2 deg. 36' E., along the west line of a .36 acre parcel of land conveyed to The Valley Railway Company, by Priscilla Cook, et al, by deed dated April 8, 1874, recorded in Volume 88, Page 79 a distance of 149.30 feet to an iron pipe; thence N. 28 deg. 15' E., a distance of 61.00 feet to an iron pipe; thence N. 28 deg. 04' W., a distance of 106.80 feet to an iron pipe; thence N. 88 deg. 54' W., along the south line of land now or formerly owned by Mary Honoila et al, a distance of 288.80 feet to an iron pipe; thence S. 2 deg. 10' W., a distance of 174.00 feet tot an iron pipe; thence N. 87 deg. 38' W., a distance of 111.00 feet to an iron pipe; thence S. 2. deg. 10' W., a distance of 6 feet to an iron pipe; thence N. 87 deg. 38' W., along the north line of Seneca Place, a distance of 164.62 feet to an iron pipe in the easterly line of Bank Street; thence S. 27 deg. 18' 30" E., along the easterly line of Bank Street, a distance of 13.03 feet to the place of beginning and containing as surveyed in May 1924, by S.G. Swigart & Son, Civil Engineers, 2.1761 acres of land, be the same more or less. (Said beginning point being South 27 deg. 18' 30" East along the easterly line of Bank Street 1053.59 feet from the southerly line of Hazel Street).

Tract Five:

Situated in the City of Akron, County of Summit, and State of Ohio, and known as part of Lot Number Three (3), Tract Number Thirteen (13) formerly Tallmadge Township and is more particularly described as follows, to-wit:

Beginning at a gas pipe set at the southeast corner of a 2 acre parcel of land deeded by The Akron Gas Company to Esther S. Biggs, by deed dated December 30, 1899, and recorded in Volume 251, Page 446 of Summit County Records (said corner being at the intersection of the northerly line of Bank Street with the westerly line of the right of way conveyed to The Valley Railway Company by Frank Adams and Jeanette Adams, husband and wife, by deed dated Dec. 11, 1874, recorded in Volume 94, Page 315, Summit County Records and 30 feet distant at right angles from he centerline of the main tract thereof; thence N. 18 deg. 27' E., along said right of way line, a distance of 485.1 feet to an iron pipe at the northeast corner of said 2 acre tract; thence N. 87 deg. 44' W., a distance of 221.1 feet to a gas pipe at the northwest corner of said 2 acre tract; thence S. 18 deg. 30' W., a distance of 331.3 feet to a point in the northerly line of Bank Street; thence S. 48 deg. 05' E. along the northerly line of Bank Street, a distance of 231.66 feet to the place of beginning, be the same more or less. (The northwest corner of said Parcel Five is located at the northeast corner of said Tract One.)

Property Address: 1007 Bank Street, Akron, Ohio 44305

Parcel Number: 67-46764  /  060108001019000

Tract Six:

Situated in the City of Akron, County of Summit and State of Ohio:

And known as being a part of Lot 3, Tract 13, formerly Tallmadge Township and more fully described as follows:



Beginning at the centerline intersection of Williams Street (50' wide) and Bank Street (60' wide);

Thence S. 45 deg. 26' 00" E., along said Bank Street centerline a distance of 260.33 feet to a point;

Thence N. 21 deg. 11' 00" E. a distance of 32.68 feet to an iron pin on the northerly line of said Bank Street which is the true place of beginning;

Thence continuing N. 21 deg. 11' 00" E. along the easterly line of land now or formerly owned by B. & O. Railroad a distance of 529.63 feet to an iron pin;

Thence S. 85 deg. 10' 00" E. along the southerly line of said B. & O. Railroad land a distance of 75.00 feet to an iron pin on the westerly line of land now or formerly owned by Carter Jones Lumber Company;

Thence S. 00 deg. 51' 10" W. along the westerly line of said Carter Jones Lumber Company land a distance of 28.44 feet to an iron pin;

Thence S. 35 deg. 53' 10" E. along the westerly line of said Carter Jones Lumber Company land a distance of 66.52 feet to an iron pin on the westerly line of land now or formerly owned by A. D. & S. D. Lewis;

Thence S. 21 deg. 11' 00" W. along the westerly line of said Lewis land a distance of 547.44 feet to an iron pin on the northerly line of Bank Street;

Thence N. 45 deg. 26' 00" W., along the northerly line of said Bank Street a distance of 150.00 feet to an iron pin which is the true place of beginning and containing 1.7570 acres of land more or less, as surveyed in November, 1984 by Gary R. Rouse, Registered Surveyor with Giffels, Bergstrom & Fricker, Inc., but subject to all legal highways and any restrictions or easements of record.

Property Address:  Vacant Land Bank Street, Akron, Ohio  44305

Parcel Number:  68-54125   /  060103104001001

Tract Five:

Situated in the City of Akron, County of Summit, and State of Ohio, and known as part of Lot Number Three (3), Tract Number Thirteen (13) formerly Tallmadge Township and is more particularly described as follows, to-wit:

Beginning at the centerline intersection of Williams Street (50 feet in width) and Bank Street (60 feet in width);

Thence southeasterly, South 48 deg. 05 min. 00 sec. East along the centerline of said Bank Street a distance of 194.89 feet to a point on the westerly line of the Valley Railway Company, as conveyed by Frank Adams and Jeanette Adams, husband and wife, by deed dated Dec. 11, 1874, recorded in Vol. 94, Pg. 315, Summit County Records and (a distance of 30.00 feet at right angles from the centerline of the main track);

Thence northeasterly, North 18 deg. 27 min. 00 sec. East along the westerly right-of-way line of said railroad property, a distance of 32.70 feet to a 2" iron pipe and the TRUE PLACE OF BEGINNING;

Thence northeasterly, North 18 deg. 27 min. 00 sec. East continuing along the westerly right-of-way line of said railroad, a distance of 485.10 feet to a 2" iron pipe;

Thence northwesterly, North 87 deg. 44 min. 00 sec. West a distance of 221.10 feet to a 2" iron pipe;

Thence southwesterly, South 18 deg. 30 min. 00 sec. West a distance of 331.17 feet to a point on the northerly right-of-way line of Bank Street;

Thence southeasterly, South 48 deg. 05 min. 00 sec. East along the northerly line of Bank Street a distance of 231.79 feet to the Place of Beginning.  Containing 1.9909 acres of land more or less, subject to all legal highways, restrictions, reservations and easements of record.

Property Address:  1007 Bank Street, Akron, Ohio  44305

Parcel Number:  67-46764

06 610800/019000

Description approved by Tax Maps
Approval good for 30 days from
6/10800 DHC 8-5-08

13234
TRANSFERRED IN COMPLIANCE WITH
SEC. 319.202 REV. CODE
$400,000.00 $ 1,600.00 FEE
Consideration
JOHN A. DONOFRIO  By Sallie
Fiscal Officer  Deputy Fiscal Officer
No. of pages 7

TRANSFERRED
2008 AUG -5 PH 3:17

*114528  —  1007 Bank Street, Akron*

---

# ADDENDUM B

Real Estate Tax Information for Subject

---

*114528 – 1007 Bank Street, Akron*

**TAX CHART**

| | Parcel # | Acres | Land value | Bldg. value | Total Value | TAXES | SPECIAL ASSESSMENT | 2015 Taxes |
|---|---|---|---|---|---|---|---|---|
| 1 | 68-30973 | 0.097 | $9,130 | $0 | $9,130 | $ 232.76 | $ 73.62 | $ 306.38 |
| 2 | 67-46764 | 5.65 | $218,630 | $256,640 | $475,270 | $ 14,936.54 | $ 1,768.96 | $ 16,705.50 |
| 3 | 68-54125 | 1.76 | $20,570 | $0 | $20,570 | $ 646.54 | $ 726.20 | $ 1,372.74 |
| | | | | | | | | |
| | **Totals** | **7.507** | **$248,330** | **$256,640** | **$504,970** | **$ 15,815.84** | **$ 2,568.78** | **$ 18,384.62** |

*Spalding/Emig Company*

8/17/2016              SUMMIT COUNTY PUBLIC ACCESS WEB SERVICE

[ Print ]   [ Pay by Phone ]   [ Pay On-Line ]

# Kristen M. Scalise CPA, CFE

**Fiscal Officer, County of Summit**
Note: This is a live file and is subject to constant change.

Print

**IAS4 - INTEGRATED ASSESSMENT SYSTEM REVIEW DOCUMENT**
**Summit County Auditor Division, OH - Tax Year 2015**

Reference Year
AUG 17, 2016
04:28 PM

## *BASIC INFORMATION FOR PARCEL 6830973*

| | | | |
|---|---|---|---|
| **PARCEL** | 6830973 | **NO CARDS:** | 0 |
| **ALT_ID** | 060108001018000 | **---LISTER---** | |
| **OWNER** | TR CONSTRUCTION INC | 881 | 01-JAN-14 |
| **OWNER** | | **VAC/ABAND:** | |
| **ADDR.** | BANK ST , AKRON 44305- | **RENTAL REG:** | N/A |
| **DESC.** | SV-TR 13 LOT 3 38.36FT ON BANK ST .100A | **SPEC FLAG:** | |
| **DESC.** | | **LUC:** 500 | **NBR:** 30100168 |
| **DESC.** | | R - RESIDENTIAL, VACANT LAND, LOT | |
| **DISTRICT** | 68  AKRON CITY-AKRON CSD | **HOMESTEAD:** | No |
| **INTER-COUNTY** | 77-0530 | **Owner Occupancy Credit:** | No |

## *LAND FOR PARCEL 6830973*

| CODE | ACTUAL | BASE | DEPTH | UNIT | DEP/FAC | INCR/DECR | INFLUENCE | INFLU% | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 32 | 50 | 124 | 325 | .91 | 160/160 | | | 9130 |

**LOT CODE:** 01 = HOUSE LOT

## *SUMMARY ALL CARDS FOR PARCEL 6830973*

| | | | | | |
|---|---|---|---|---|---|
| **LAND:** | 9130 | **BUILDING:** | 0 | **TOTAL:** | 9130 |
| **ASSESSED LAND:** | 3200 | **ASSESSED BLDG:** | 0 | **ASSESSED TOTAL:** | 3200 |

## *SALES INFORMATION FOR PARCEL 6830973*

| DATE | DOC# | GRANTOR | AMT | SALE | DESC | PARCELS |
|---|---|---|---|---|---|---|
| 05-AUG-08 | 13238 | TR CONSTRUCTION INC | | | | 1 |
| 05-AUG-08 | 13237 | KARDER GENEVIEVE C | 100000 | V | VACANT | 1 |
| 27-JUN-08 | 10886 | KARDER MIKE | | | | 6 |
| 05-APR-94 | | SIMMONS MILDRED & WILLIAM EDWA | 18500 | 1 | VALID | 0 |

[ Print ]   [ Pay by Phone ]   [ Pay On-Line ]

## *2015 SUMMARY INFORMATION FOR PARCEL 6830973*

| | | | |
|---|---|---|---|
| **MAILING ADDRESS** | | **LUC** | 500 |
| TR CONSTRUCTION INC | | **CLASS** | R |
| 152 W DARTMORE AVE | | **Owner Occupancy Credit** | N |
| AKRON, OH  44301 | | **HMSTD** | N |
| **APPRAISED VALUE** | 9,130 | **CAUV** | N |
| **TAXABLE VALUE** | 3,200 | **FOREST** | N |
| **BANK CODE** | | **STUB** | 68133579 |
| **TREAS CODE** | 900  2016 Pending Lien Sale | **CERT YEAR** | 2009 |
| **CUR YR REFUND** | | **DELQ CONTRACT** | N |
| **PRI YR REFUND** | | **BANKRUPTCY** | N |
| **MONEY IN ESCROW** | | **FORECLOSURE** | N |
| **MONEY IN PRETAX** | | | |

## Beginning Tax Duplicate

| | Where Do My Tax Dollars Go? | Voter Approved Levy Tax |
|---|---|---|
| | First Half Charges | Second Half Charges |
| Realestate | 116.38 | 116.38 |
| Special Assessment | 36.81 | 36.81 |
| Total | 153.19 | 153.19 |
| Due Date | FEB 19, 2016 | JUL 15, 2016 |

8/17/2016                                 SUMMIT COUNTY PUBLIC ACCESS WEB SERVICE

## Total Tax Amount Due Reflects Payment & Adjustment To Date

|                                       | DELQ    | 1st HALF | 2nd HALF |
|---------------------------------------|---------|----------|----------|
| TOTAL REAL ESTATE AND SPECIAL CHARGES | 3794.54 | 153.19   | 153.19   |
| P & I & ADJ                           | 438.23  | 15.32    | 32.17    |
| PAYMENTS                              | 0.00    | 0.00     | 0.00     |
| AMOUNT DUE                            | 4232.77 | 168.51   | 185.36   |
| YEARLY AMOUNT DUE:                    |         |          | 4586.64  |

### 2015 TAX BILL DETAILS FOR PARCEL 6830973

| DATE      | SETTLE | PROJ. # | ACTION /CODE | 1st HALF | 2nd HALF |
|-----------|--------|---------|--------------|----------|----------|
| 26-AUG-15 | 1      |         | AUG/INT      | 0.00     | 36.85    |
| 26-AUG-15 | 1      | 335768  | AUG/SAI      | 0.00     | 2.14     |
| 26-AUG-15 | 1      | 335968  | AUG/SAI      | 0.00     | 5.01     |
| 04-DEC-15 | 1      |         | DUP/INT      | 0.00     | 19.90    |
| 04-DEC-15 | 1      | 335768  | DUP/SAI      | 0.00     | 1.16     |
| 04-DEC-15 | 1      | 335968  | DUP/SAI      | 0.00     | 2.70     |
| 26-AUG-15 | 1      |         | AUG/INT      | 0.00     | 35.36    |
| 26-AUG-15 | 1      | 346768  | AUG/SAI      | 0.00     | 6.85     |
| 04-DEC-15 | 1      |         | DUP/INT      | 0.00     | 19.10    |
| 04-DEC-15 | 1      | 346768  | DUP/SAI      | 0.00     | 3.70     |
| 26-AUG-15 | 1      |         | AUG/INT      | 0.00     | 34.06    |
| 26-AUG-15 | 1      | 346768  | AUG/SAI      | 0.00     | 7.23     |
| 04-DEC-15 | 1      |         | DUP/INT      | 0.00     | 18.39    |
| 04-DEC-15 | 1      | 346768  | DUP/SAI      | 0.00     | 3.90     |
| 26-AUG-15 | 1      |         | AUG/INT      | 0.00     | 24.54    |
| 26-AUG-15 | 1      | 351168  | AUG/SAI      | 0.00     | 56.74    |
| 26-AUG-15 | 1      | 346768  | AUG/SAI      | 0.00     | 6.61     |
| 04-DEC-15 | 1      |         | DUP/INT      | 0.00     | 13.25    |
| 04-DEC-15 | 1      | 351168  | DUP/SAI      | 0.00     | 30.64    |
| 04-DEC-15 | 1      | 346768  | DUP/SAI      | 0.00     | 3.57     |
| 26-AUG-15 | 1      |         | AUG/INT      | 0.00     | 24.36    |
| 26-AUG-15 | 1      | 353968  | AUG/SAI      | 0.00     | 6.91     |
| 04-DEC-15 | 1      |         | DUP/INT      | 0.00     | 13.15    |
| 04-DEC-15 | 1      | 353968  | DUP/SAI      | 0.00     | 3.73     |
| 26-AUG-15 | 1      |         | AUG/INT      | 0.00     | 21.71    |
| 26-AUG-15 | 1      | 353968  | AUG/SAI      | 0.00     | 7.07     |
| 04-DEC-15 | 1      |         | DUP/INT      | 0.00     | 11.72    |
| 04-DEC-15 | 1      | 353968  | DUP/SAI      | 0.00     | 3.82     |
| 04-DEC-15 | 1      |         | DUP/INT      | 0.00     | 10.66    |
| 04-DEC-15 | 1      | 353968  | DUP/SAI      | 0.00     | 3.40     |
| 31-DEC-15 | 1      |         | DUP/ORG      | 170.62   | 170.62   |
| 31-DEC-15 | 1      |         | DUP/RED      | -41.40   | -41.40   |
| 31-DEC-15 | 1      |         | DUP/ADJ      | 129.22   | 129.22   |
| 31-DEC-15 | T      |         | DUP/RLB      | 0.00     | -12.84   |
| 31-DEC-15 | 1      |         | DUP/RLB      | -12.84   | 0.00     |
| 31-DEC-15 | 1      | 353968  | DUP/SAC      | 35.39    | 35.39    |
| 31-DEC-15 | 1      | 353968  | DUP/SAF      | 1.42     | 1.42     |
| 16-MAR-16 | T      | 353968  | ADJ/SAP      | 3.68     | 0.00     |
| 16-MAR-16 | T      |         | ADJ/PEN      | 11.64    | 0.00     |
| 12-AUG-16 | H      | 353968  | ADJ/SAP      | 0.00     | 7.73     |
| 12-AUG-16 | H      |         | ADJ/PEN      | 0.00     | 24.44    |

| DELQ REAL ESTATE & ASSESSMENT TAX: | 3794.54 |
|------------------------------------|---------|
| ADJUSTMENT:                        | 0.00    |
| DECEMBER INTEREST:                 | 162.79  |
| AUGUST INTEREST:                   | 275.44  |
| **TOTAL**                          | **4232.77** |

|                               | 1st HALF | 2nd HALF |
|-------------------------------|----------|----------|
| REAL ESTATE CHARGES:          | 116.38   | 116.38   |
| SPECIAL ASSESSMENT CHARGES:   | 36.81    | 36.81    |
| ADJUSTMENT:                   | 15.32    | 32.17    |
| **TOTAL CHARGES:**            | **168.51** | **185.36** |

PAYMENTS:        DATE      TYPE

8/17/2016                                    SUMMIT COUNTY PUBLIC ACCESS WEB SERVICE

| | | |
|---|---|---|
| **TOTAL PAYMENTS:** | **0.00** | **0.00** |
| FH/SH AMOUNT DUE: | 4401.28 | 185.36 |

**SPECIAL ASSESSMENT:**

| PROJECT | NAME | END | 1st HALF | 2nd HALF |
|---|---|---|---|---|
| 353968 | M03 STREET LIGHTING & SWEEPING | 9999 | 36.81 | 36.81 |

## *GENERAL INFORMATION*

### Kristen M. Scalise CPA, CFE
**FISCAL OFFICER, COUNTY OF SUMMIT**
**175 SOUTH MAIN ST.**
**AKRON, OHIO 44308**

## *PLEASE DIRECT INQUIRIES CONCERNING PROPERTY VALUES TO*

| | |
|---|---|
| (330)-643-2636 | GENERAL REAL ESTATE |
| (330)-643-2645 | SPECIAL ASSESSMENTS |
| (330)-643-2710 | APPRAISAL INFORMATION |
| (330)-643-2661 | HOMESTEAD |

## *PLEASE DIRECT INQUIRIES ABOUT YOUR TAX BILL INFORMATION TO*

| | |
|---|---|
| (330)-643-2867 | TREASURER DIVISION PRE-PAYMENT PROGRAM |
| (330)-643-2600 | MONTHLY DELINQUENT CONTRACT PROGRAM |
| (330)-643-2587 | TAX BILL MAILING INFORMATION |
| (330)-643-2598 | PAYMENT INFORMATION |

## *Click the Following Links to Navigate the Tax Years*
2016   2014   2013   2012   2011   2010   2009   2008   2007   2006

8/17/2016                                    SUMMIT COUNTY PUBLIC ACCESS WEB SERVICE

| Print | Pay by Phone | Pay On-Line |

# Kristen M. Scalise CPA, CFE

**Fiscal Officer, County of Summit**
Note: This is a live file and is subject to constant change.
**IAS4 - INTEGRATED ASSESSMENT SYSTEM REVIEW DOCUMENT**
Summit County Auditor Division, OH - Tax Year 2015

Print

Reference Year
AUG 17, 2016
04:33 PM

## BASIC INFORMATION FOR PARCEL 6746764

| | | | | |
|---|---|---|---|---|
| PARCEL | 6746764 | | NO CARDS: | 1 |
| ALT_ID | 060108001019000 | | ---LISTER--- | |
| OWNER | TR CONSTRUCTION INC | | 842 | 01-JAN-14 |
| OWNER | | | VAC/ABAND: | A |
| ADDR. | 1007 BANK ST , AKRON 44305- | | RENTAL REG: | N/A |
| DESC. | TR 13 LOTS 5 & 3 E OF BANK ST 5.650A | | SPEC FLAG: | |
| DESC. | | | LUC: 320 | NBR: 30100401 |
| DESC. | | | I - FOUNDERIES&HEAVY MANUFACT PLANT | |
| DISTRICT | 67  AKRON CITY-AKRON CSD | | HOMESTEAD: | No |
| INTER-COUNTY | 77-0530 | | Owner Occupancy Credit: | No |

## LAND FOR PARCEL 6746764

| CODE | ACRES | CLASS | EXMP | UNIT | INCR/DECR | INFLUENCE | INFLU% | VALUE |
|---|---|---|---|---|---|---|---|---|
| 15 | 2.3 | | | 55000 | 55000/55000 | | | 126500 |
| 16 | 3.35 | | | 27500 | 27500/27500 | | | 92130 |

**ACRE CODE:** 15 = INDUSTRIAL PLANT 16 = RESERVED LAND

## COMMERCIAL CARD 1 OF 1 FOR PARCEL 6746764

| | |
|---|---|
| YR BUILT | 1902 |
| STRUCTURE TYPE | MFG/PROCESSING |
| TOT BLDG VALUE | 256640 |
| # OF UNITS | 1 |
| # OF IDENTICAL BLDGS | 1 |
| PERCENTAGE COMPLETE | |
| GRADE | 080 |

**BUILDINGS:**

| LINE | USE TYPE | YRBLT | LEVELS F/T | SIZE | EXT WALL | CONST CLASS | HEAT | AIR | PHYS/ FUNC | RCN | DEPR PCT | PCT CMP | FDEP/ FRSN | EDEP/ ERSN | BLDG VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 (A) | LT MFGT | 1902 | 01/01 | 92230 SF | BRICK & CONC | FIRE RESISTENT | HOT WATER/STEA | NONE | 2/2 | 2563260 | 30 | | 45/22 | 66/70 | 228390 |
| 2 (B) | OFFICES | 1916 | 01/01 | 1900 SF | BRICK & CONC | FIRE RESISTENT | HOT AIR | NONE | 2/2 | 100520 | 30 | | 45/22 | 66/70 | 8960 |
| 3 (C) | OFFICES | 1916 | 02/03 | 1900 SF | BRICK & CONC | FIRE RESISTENT | HOT AIR | NONE | 2/2 | 216540 | 30 | | 45/22 | 66/70 | 19290 |

**Sketch**



**DESCRIPTION:** A MFG/PROCESSING BUILT ABOUT 1902 WITH AN EXTERIOR OF BRICK & CONCRETE BLOCK, WITH 92230 SF, WHICH IS CURRENTLY USED AS A LIGHT MANUFACTURING AND BRICK & CONCRETE BLOCK, WITH 1900 SF, WHICH IS CURRENTLY USED AS A OFFICES AND BRICK & CONCRETE BLOCK, WITH 1900 SF, WHICH IS CURRENTLY USED AS A OFFICES.

## SUMMARY ALL CARDS FOR PARCEL 6746764

| | | | | | |
|---|---|---|---|---|---|
| **LAND:** | 218630 | **BUILDING:** | 256640 | **TOTAL:** | 475270 |
| **ASSESSED LAND:** | 76520 | **ASSESSED BLDG:** | 89820 | **ASSESSED TOTAL:** | 166340 |

## SALES INFORMATION FOR PARCEL 6746764

8/17/2016 SUMMIT COUNTY PUBLIC ACCESS WEB SERVICE

| DATE | DOC# | GRANTOR | AMT | SALE | DESC | PARCELS |
|------|------|---------|-----|------|------|---------|
| 05-AUG-08 | 13236 | KARDER BUILDINGS CO | 400000 | D | MULTI /VALID | 2 |

*NOTES*

AA14                                                         CA12

SEE PENABT REFUND AA14 NOTE ON 6705406

[ Print ]   [ Pay by Phone ]   [ Pay On-Line ]

---

*2015 SUMMARY INFORMATION FOR PARCEL 6746764*

| | | | |
|---|---|---|---|
| MAILING ADDRESS | | LUC | 320 |
| TR CONSTRUCTION INC | | CLASS | I |
| 152 W DARTMORE AVE | | Owner Occupancy Credit | N |
| AKRON, OH  44301 | | HMSTD | N |
| APPRAISED VALUE | 475,270 | CAUV | N |
| TAXABLE VALUE | 166,340 | FOREST | N |
| BANK CODE | | STUB | 67006536 |
| TREAS CODE | 900    2016 Pending Lien Sale | CERT YEAR | 2009 |
| CUR YR REFUND | | DELQ CONTRACT | N |
| PRI YR REFUND | | BANKRUPTCY | N |
| MONEY IN ESCROW | | FORECLOSURE | N |
| MONEY IN PRETAX | | | |

---

### Beginning Tax Duplicate

| | Where Do My Tax Dollars Go? | Voter Approved Levy Tax |
|---|---|---|
| | First Half Charges | Second Half Charges |
| Realestate | 7468.27 | 7468.27 |
| Special Assessment | 884.48 | 884.48 |
| Total | 8352.75 | 8352.75 |
| Due Date | FEB 19, 2016 | JUL 15, 2016 |

---

### Total Tax Amount Due Reflects Payment & Adjustment To Date

| | DELQ | 1st HALF | 2nd HALF |
|---|---|---|---|
| TOTAL REAL ESTATE AND SPECIAL CHARGES | 159689.87 | 8352.75 | 8352.75 |
| P & I & ADJ | 18086.90 | 835.28 | 1754.08 |
| PAYMENTS | 0.00 | 0.00 | 0.00 |
| AMOUNT DUE | 177776.77 | 9188.03 | 10106.83 |
| YEARLY AMOUNT DUE: | | | 197071.63 |

---

*2015 TAX BILL DETAILS FOR PARCEL 6746764*

| DATE | SETTLE | PROJ. # | ACTION /CODE | 1st HALF | 2nd HALF |
|------|--------|---------|--------------|----------|----------|
| 26-AUG-15 | 1 | | AUG/INT | 0.00 | 1788.22 |
| 26-AUG-15 | 1 | 334767 | AUG/SAI | 0.00 | 130.76 |
| 26-AUG-15 | 1 | 334767 | AUG/SAI | 0.00 | 23.99 |
| 26-AUG-15 | 1 | 344367 | AUG/SAI | 0.00 | 226.03 |
| 04-DEC-15 | 1 | | DUP/INT | 0.00 | 965.64 |
| 04-DEC-15 | 1 | 334567 | DUP/SAI | 0.00 | 12.95 |
| 04-DEC-15 | 1 | 334767 | DUP/SAI | 0.00 | 70.61 |
| 04-DEC-15 | 1 | 344367 | DUP/SAI | 0.00 | 122.06 |
| 26-AUG-15 | 1 | | AUG/INT | 0.00 | 1733.83 |
| 26-AUG-15 | 1 | 344367 | AUG/SAI | 0.00 | 216.54 |
| 26-AUG-15 | 1 | 345667 | AUG/SAI | 0.00 | 148.26 |
| 04-DEC-15 | 1 | | DUP/INT | 0.00 | 936.27 |
| 04-DEC-15 | 1 | 344367 | DUP/SAI | 0.00 | 116.93 |
| 04-DEC-15 | 1 | 345667 | DUP/SAI | 0.00 | 80.06 |
| 26-AUG-15 | 1 | | AUG/INT | 0.00 | 1660.19 |
| 26-AUG-15 | 1 | 344367 | AUG/SAI | 0.00 | 208.14 |
| 26-AUG-15 | 1 | 345667 | AUG/SAI | 0.00 | 166.47 |
| 04-DEC-15 | 1 | | DUP/INT | 0.00 | 896.50 |
| 04-DEC-15 | 1 | 345667 | DUP/SAI | 0.00 | 89.89 |
| 04-DEC-15 | 1 | 344367 | DUP/SAI | 0.00 | 112.40 |
| 26-AUG-15 | 1 | | AUG/INT | 0.00 | 1408.92 |
| 26-AUG-15 | 1 | 344367 | AUG/SAI | 0.00 | 190.19 |
| 26-AUG-15 | 1 | 350867 | AUG/SAI | 0.00 | 32.47 |
| 26-AUG-15 | 1 | 345667 | AUG/SAI | 0.00 | 152.12 |
| 04-DEC-15 | 1 | | DUP/INT | 0.00 | 760.82 |
| 04-DEC-15 | 1 | 344367 | DUP/SAI | 0.00 | 102.70 |
| 04-DEC-15 | 1 | 350867 | DUP/SAI | 0.00 | 17.53 |
| 04-DEC-15 | 1 | 345667 | DUP/SAI | 0.00 | 82.14 |

8/17/2016                                   SUMMIT COUNTY PUBLIC ACCESS WEB SERVICE

| Date | | | Type | Amount 1 | Amount 2 |
|---|---|---|---|---|---|
| 26-AUG-15 | 1 | | AUG/INT | 0.00 | 1381.41 |
| 26-AUG-15 | 1 | 344367 | AUG/SAI | 0.00 | 169.33 |
| 26-AUG-15 | 1 | 353167 | AUG/SAI | 0.00 | 166.05 |
| 26-AUG-15 | 1 | 353767 | AUG/SAI | 0.00 | 5.12 |
| 26-AUG-15 | 1 | 353867 | AUG/SAI | 0.00 | 11.63 |
| 04-DEC-15 | 1 | | DUP/INT | 0.00 | 745.96 |
| 04-DEC-15 | 1 | 353767 | DUP/SAI | 0.00 | 2.76 |
| 04-DEC-15 | 1 | 353167 | DUP/SAI | 0.00 | 89.67 |
| 04-DEC-15 | 1 | 344367 | DUP/SAI | 0.00 | 91.44 |
| 04-DEC-15 | 1 | 353867 | DUP/SAI | 0.00 | 6.28 |
| 26-AUG-15 | 1 | | AUG/INT | 0.00 | 1236.70 |
| 26-AUG-15 | 1 | 353167 | AUG/SAI | 0.00 | 169.99 |
| 26-AUG-15 | 1 | 356867 | AUG/SAI | 0.00 | 22.99 |
| 04-DEC-15 | 1 | | DUP/INT | 0.00 | 667.82 |
| 04-DEC-15 | 1 | 356867 | DUP/SAI | 0.00 | 12.41 |
| 04-DEC-15 | 1 | 353167 | DUP/SAI | 0.00 | 91.79 |
| 04-DEC-15 | 1 | | DUP/INT | 0.00 | 681.19 |
| 04-DEC-15 | 1 | 353167 | DUP/SAI | 0.00 | 81.73 |
| 31-DEC-15 | 1 | | DUP/ORG | 8869.26 | 8869.26 |
| 31-DEC-15 | 1 | | DUP/RED | -1400.99 | -1400.99 |
| 31-DEC-15 | 1 | | DUP/ADJ | 7468.27 | 7468.27 |
| 31-DEC-15 | 1 | 353167 | DUP/SAC | 850.46 | 850.46 |
| 31-DEC-15 | 1 | 353167 | DUP/SAF | 34.02 | 34.02 |
| 16-MAR-16 | T | 353167 | ADJ/SAP | 88.45 | 0.00 |
| 16-MAR-16 | T | | ADJ/PEN | 746.83 | 0.00 |
| 12-AUG-16 | H | 353167 | ADJ/SAP | 0.00 | 185.74 |
| 12-AUG-16 | H | | ADJ/PEN | 0.00 | 1568.34 |

|  |  |  |
|---|---|---|
| DELQ REAL ESTATE & ASSESSMENT TAX: | 159689.87 | |
| ADJUSTMENT: | 0.00 | |
| DECEMBER INTEREST: | 6837.55 | |
| AUGUST INTEREST: | 11249.35 | |
| **TOTAL** | **177776.77** | |
| | | |
| REAL ESTATE CHARGES: | 7468.27 | 7468.27 |
| SPECIAL ASSESSMENT CHARGES: | 884.48 | 884.48 |
| ADJUSTMENT: | 835.28 | 1754.08 |
| **TOTAL CHARGES:** | **9188.03** | **10106.83** |

PAYMENTS:     <u>DATE</u>     <u>TYPE</u>

|  |  |  |
|---|---|---|
| TOTAL PAYMENTS: | 0.00 | 0.00 |
| FH/SH AMOUNT DUE: | 186964.80 | 10106.83 |

SPECIAL ASSESSMENT:

| PROJECT | NAME | END | 1st HALF | 2nd HALF |
|---|---|---|---|---|
| 353167 | M03 STREET LIGHT & SWEEPING | 9999 | 884.48 | 884.48 |

## *GENERAL INFORMATION*

### Kristen M. Scalise CPA, CFE
**FISCAL OFFICER, COUNTY OF SUMMIT**
**175 SOUTH MAIN ST.**
**AKRON, OHIO 44308**

## *PLEASE DIRECT INQUIRIES CONCERNING PROPERTY VALUES TO*

| | |
|---|---|
| (330)-643-2636 | GENERAL REAL ESTATE |
| (330)-643-2645 | SPECIAL ASSESSMENTS |
| (330)-643-2710 | APPRAISAL INFORMATION |
| (330)-643-2661 | HOMESTEAD |

## *PLEASE DIRECT INQUIRIES ABOUT YOUR TAX BILL INFORMATION TO*

| | |
|---|---|
| (330)-643-2867 | TREASURER DIVISION PRE-PAYMENT PROGRAM |
| (330)-643-2600 | MONTHLY DELINQUENT CONTRACT PROGRAM |

8/17/2016 SUMMIT COUNTY PUBLIC ACCESS WEB SERVICE

Print   Pay by Phone   Pay On-Line

# Kristen M. Scalise CPA, CFE
Fiscal Officer, County of Summit
Note: This is a live file and is subject to constant change.

Print

IAS4 - INTEGRATED ASSESSMENT SYSTEM REVIEW DOCUMENT
Summit County Auditor Division, OH - Tax Year 2015

Reference Year
AUG 17, 2016
04:36 PM

## BASIC INFORMATION FOR PARCEL 6854125

| | | | |
|---|---|---|---|
| PARCEL | 6854125 | NO CARDS: | 0 |
| ALT_ID | 060103104001001 | ---LISTER--- | |
| OWNER | TR CONSTRUCTION INC | 842 | 01-JAN-14 |
| OWNER | | VAC/ABAND: | |
| ADDR. | BANK ST , AKRON 44305- | RENTAL REG: | N/A |
| DESC. | TR 13 LOT 3 NE OF BANK ST | SPEC FLAG: | |
| DESC. | | LUC: 400 | NBR: 30100401 |
| DESC. | | C - COMMERCIAL VACANT LAND | |
| DISTRICT | 68   AKRON CITY-AKRON CSD | HOMESTEAD: | No |
| INTER-COUNTY | 77-0530 | Owner Occupancy Credit: | No |

## LAND FOR PARCEL 6854125

| CODE | ACRES | CLASS | EXMP | UNIT | INCR/DECR | INFLUENCE | INFLU% | VALUE |
|---|---|---|---|---|---|---|---|---|
| 09 | 1.76 | | 11690 | 13750 | 13750/13750 | 20 | -15 | 20570 |

ACRE CODE: 09 = BALANCE OF LAND

## SUMMARY ALL CARDS FOR PARCEL 6854125

| | | | | | |
|---|---|---|---|---|---|
| LAND: | 20570 | BUILDING: | 0 | TOTAL: | 20570 |
| ASSESSED LAND: | 7200 | ASSESSED BLDG: | 0 | ASSESSED TOTAL: | 7200 |

## SALES INFORMATION FOR PARCEL 6854125

| DATE | DOC# | GRANTOR | AMT | SALE | DESC | PARCELS |
|---|---|---|---|---|---|---|
| 05-AUG-08 | 13236 | KARDER BUILDINGS CO | 400000 | D | MULTI /VALID | 2 |

## NOTES

AA14    CA12

DTE/BOR APPROVED 8/19/2008
SEE PENABT REFUND AA14 NOTE ON 6705406

Print   Pay by Phone   Pay On-Line

## 2015 SUMMARY INFORMATION FOR PARCEL 6854125

| | | | |
|---|---|---|---|
| MAILING ADDRESS | | LUC | 400 |
| TR CONSTRUCTION INC | | CLASS | C |
| 152 W DARTMORE AVE | | Owner Occupancy Credit | N |
| AKRON, OH  44301 | | HMSTD | N |
| APPRAISED VALUE | 20,570 | CAUV | N |
| TAXABLE VALUE | 7,200 | FOREST | N |
| BANK CODE | | STUB | 68126215 |
| TREAS CODE | 900   2016 Pending Lien Sale | CERT YEAR | 2009 |
| CUR YR REFUND | | DELQ CONTRACT | N |
| PRI YR REFUND | | BANKRUPTCY | N |
| MONEY IN ESCROW | | FORECLOSURE | N |
| MONEY IN PRETAX | | | |

## Beginning Tax Duplicate

| | Where Do My Tax Dollars Go? First Half Charges | Voter Approved Levy Tax Second Half Charges |
|---|---|---|
| Realestate | 323.27 | 323.27 |
| Special Assessment | 363.10 | 363.10 |
| Total | 686.37 | 686.37 |

http://fiscalweb.summitoh.net/clt/refintg2.alt_id?ROUTE=060103104001001    1/3

8/17/2016

SUMMIT COUNTY PUBLIC ACCESS WEB SERVICE

| Due Date | FEB 19, 2016 | JUL 15, 2016 |
|---|---|---|

## Total Tax Amount Due Reflects Payment & Adjustment To Date

|  | DELQ | 1st HALF | 2nd HALF |
|---|---|---|---|
| TOTAL REAL ESTATE AND SPECIAL CHARGES | 15674.17 | 686.37 | 686.37 |
| P & I & ADJ | 1799.96 | 68.64 | 144.14 |
| PAYMENTS | 0.00 | 0.00 | 0.00 |
| AMOUNT DUE | 17474.13 | 755.01 | 830.51 |
| YEARLY AMOUNT DUE: |  |  | 19059.65 |

### 2015 TAX BILL DETAILS FOR PARCEL 6854125

| DATE | SETTLE | PROJ. # | ACTION /CODE | 1st HALF | 2nd HALF |
|---|---|---|---|---|---|
| 26-AUG-15 | 1 |  | AUG/INT | 0.00 | 91.06 |
| 26-AUG-15 | 1 | 335768 | AUG/SAI | 0.00 | 8.27 |
| 26-AUG-15 | 1 | 345468 | AUG/SAI | 0.00 | 55.13 |
| 26-AUG-15 | 1 | 335968 | AUG/SAI | 0.00 | 62.26 |
| 04-DEC-15 | 1 |  | DUP/INT | 0.00 | 49.17 |
| 04-DEC-15 | 1 | 345468 | DUP/SAI | 0.00 | 29.77 |
| 04-DEC-15 | 1 | 335968 | DUP/SAI | 0.00 | 33.62 |
| 04-DEC-15 | 1 | 335768 | DUP/SAI | 0.00 | 4.47 |
| 26-AUG-15 | 1 |  | AUG/INT | 0.00 | 88.29 |
| 26-AUG-15 | 1 | 346768 | AUG/SAI | 0.00 | 67.57 |
| 26-AUG-15 | 1 | 345468 | AUG/SAI | 0.00 | 52.82 |
| 04-DEC-15 | 1 |  | DUP/INT | 0.00 | 47.68 |
| 04-DEC-15 | 1 | 345468 | DUP/SAI | 0.00 | 28.52 |
| 04-DEC-15 | 1 | 346768 | DUP/SAI | 0.00 | 36.49 |
| 26-AUG-15 | 1 |  | AUG/INT | 0.00 | 84.54 |
| 26-AUG-15 | 1 | 346768 | AUG/SAI | 0.00 | 71.30 |
| 26-AUG-15 | 1 | 345468 | AUG/SAI | 0.00 | 50.77 |
| 04-DEC-15 | 1 |  | DUP/INT | 0.00 | 45.65 |
| 04-DEC-15 | 1 | 345468 | DUP/SAI | 0.00 | 27.41 |
| 04-DEC-15 | 1 | 346768 | DUP/SAI | 0.00 | 38.50 |
| 26-AUG-15 | 1 |  | AUG/INT | 0.00 | 71.75 |
| 26-AUG-15 | 1 | 346768 | AUG/SAI | 0.00 | 65.16 |
| 26-AUG-15 | 1 | 345468 | AUG/SAI | 0.00 | 46.39 |
| 04-DEC-15 | 1 |  | DUP/INT | 0.00 | 38.74 |
| 04-DEC-15 | 1 | 345468 | DUP/SAI | 0.00 | 25.05 |
| 04-DEC-15 | 1 | 346768 | DUP/SAI | 0.00 | 35.18 |
| 26-AUG-15 | 1 |  | AUG/INT | 0.00 | 70.35 |
| 26-AUG-15 | 1 | 353968 | AUG/SAI | 0.00 | 68.16 |
| 26-AUG-15 | 1 | 345468 | AUG/SAI | 0.00 | 41.30 |
| 04-DEC-15 | 1 |  | DUP/INT | 0.00 | 37.99 |
| 04-DEC-15 | 1 | 353968 | DUP/SAI | 0.00 | 36.81 |
| 04-DEC-15 | 1 | 345468 | DUP/SAI | 0.00 | 22.30 |
| 26-AUG-15 | 1 |  | AUG/INT | 0.00 | 62.98 |
| 26-AUG-15 | 1 | 353968 | AUG/SAI | 0.00 | 69.78 |
| 04-DEC-15 | 1 |  | DUP/INT | 0.00 | 34.01 |
| 04-DEC-15 | 1 | 353968 | DUP/SAI | 0.00 | 37.68 |
| 04-DEC-15 | 1 |  | DUP/INT | 0.00 | 29.49 |
| 04-DEC-15 | 1 | 353968 | DUP/SAI | 0.00 | 33.55 |
| 31-DEC-15 | 1 |  | DUP/ORG | 383.90 | 383.90 |
| 31-DEC-15 | 1 |  | DUP/RED | -60.63 | -60.63 |
| 31-DEC-15 | 1 |  | DUP/ADJ | 323.27 | 323.27 |
| 31-DEC-15 | 1 | 353968 | DUP/SAC | 349.13 | 349.13 |
| 31-DEC-15 | 1 | 353968 | DUP/SAF | 13.97 | 13.97 |
| 16-MAR-16 | T | 353968 | ADJ/SAP | 36.31 | 0.00 |
| 16-MAR-16 | T |  | ADJ/PEN | 32.33 | 0.00 |
| 12-AUG-16 | H | 353968 | ADJ/SAP | 0.00 | 76.25 |
| 12-AUG-16 | H |  | ADJ/PEN | 0.00 | 67.89 |

| DELQ REAL ESTATE & ASSESSMENT TAX: | 15674.17 |
|---|---|
| ADJUSTMENT: | 0.00 |
| DECEMBER INTEREST: | 672.08 |
| AUGUST INTEREST: | 1127.88 |
| **TOTAL** | **17474.13** |

8/17/2016                                    SUMMIT COUNTY PUBLIC ACCESS WEB SERVICE

| | | | |
|---|---|---|---|
| REAL ESTATE CHARGES: | | 323.27 | 323.27 |
| SPECIAL ASSESSMENT CHARGES: | | 363.10 | 363.10 |
| ADJUSTMENT: | | 68.64 | 144.14 |
| TOTAL CHARGES: | | **755.01** | **830.51** |

PAYMENTS:    <u>DATE</u>    <u>TYPE</u>

| | | | |
|---|---|---|---|
| TOTAL PAYMENTS: | | **0.00** | **0.00** |
| FH/SH AMOUNT DUE: | | 18229.14 | 830.51 |

**SPECIAL ASSESSMENT:**

| PROJECT | NAME | END | 1st HALF | 2nd HALF |
|---|---|---|---|---|
| 353968 | M03 STREET LIGHTING & SWEEPING | 9999 | 363.10 | 363.10 |

# GENERAL INFORMATION

### Kristen M. Scalise CPA, CFE
**FISCAL OFFICER, COUNTY OF SUMMIT**
**175 SOUTH MAIN ST.**
**AKRON, OHIO 44308**

## PLEASE DIRECT INQUIRIES CONCERNING PROPERTY VALUES TO

| | |
|---|---|
| (330)-643-2636 | GENERAL REAL ESTATE |
| (330)-643-2645 | SPECIAL ASSESSMENTS |
| (330)-643-2710 | APPRAISAL INFORMATION |
| (330)-643-2661 | HOMESTEAD |

## PLEASE DIRECT INQUIRIES ABOUT YOUR TAX BILL INFORMATION TO

| | |
|---|---|
| (330)-643-2867 | TREASURER DIVISION PRE-PAYMENT PROGRAM |
| (330)-643-2600 | MONTHLY DELINQUENT CONTRACT PROGRAM |
| (330)-643-2587 | TAX BILL MAILING INFORMATION |
| (330)-643-2598 | PAYMENT INFORMATION |

## Click the Following Links to Navigate the Tax Years
<u>2016</u>  <u>2014</u>  <u>2013</u>  <u>2012</u>  <u>2011</u>  <u>2010</u>  <u>2009</u>  <u>2008</u>  <u>2007</u>  <u>2006</u>

*114528  –  1007 Bank Street, Akron*

---

**ADDENDUM C**

Zoning Information for Subject

---



153.240 - Dwelling districts—Class U1.

A.  Subdivision of Uses. Class U1 Uses (Dwelling) are subdivided and permitted as follows:

1.  Single-family dwelling; rooming house; farming; gardening; nursery; agriculture; public park; public playground; public recreation building; railway yard; greenhouse, provided that no building is located within fifteen feet of any lot line;

2.  Two-family dwelling, U1, H1, and A2; and

3.  Subject to the provisions of § 153.404 a school, public library, public museum, memorial building or community center building.

B.  Accessory Uses. Accessory uses in Class U1 Districts shall be permitted and prohibited as provided in the article on Accessory Uses in Residence Districts at §§ 153.260 et seq.

C.  Height Requirements. Height regulations in Class U1 Districts shall be as provided in the article on Height Districts at §§ 153.335 et seq.

D.  Development Requirements. Area regulations, yards, parking, and other development requirements in Class U1 Districts shall be as provided in the article on Development and Area District Requirements at §§ 153.300 et seq.

E.  Sign Requirements. Regulations for on-premises exterior signs in Class U1 Districts shall be as provided in the article on On-Premises Exterior Signs at §§ 153.345 et seq.

F.  Restriction of Uses. Within a Class U1 District, no structure or premises shall be used, and no structure shall be erected which is to be used, for other than a Class U1 Use. In any portion of a Class U1 District that is within a Class A1 District, no building or premises shall be used, and no building shall be erected to be used, as a dwelling for more than one family. No separate dwelling unit of a two-family dwelling shall be occupied by more than one family or a maximum of five people. Except as provided in §§ 153.401 through 153.432, no structure shall be used in a Class U1 District for a use enumerated in subsection (A)(3) of this section unless such structure is located:

1.  On a lot at present devoted to a use enumerated in this subsection;

2.  On a lot fronting on a portion of a street between two intersecting streets in which portion there exists a building of a kind enumerated in subsection (A)(3) of this section;

3.  On a lot immediately adjacent to or across the street from a public park or a public playground;

4.  On a lot fronting on a street having regular public transit service thereon opposite such lot; or

5.  On a lot immediately adjoining or immediately opposite on the other side of the street from a Class U2, UD, UHD, ULB, UG, U3, U4, U5, or U6 District.

G.  Within a Class U1 District only one building including accessory structures shall be permitted on a lot as defined, restricted, and referred to in this Zoning Code. Penalty, see § 153.199.

(Prior code § 153.101; Ord. 739-1987; Ord. 509-1982; Ord. 322-1976)

153.290 - Ordinary industry districts—Class U5.

A.  Subdivision of Uses. Class U5 Uses (Ordinary Industry) are subdivided and permitted as follows:

1.  Shoddy manufacturing; wool scouring; manufacture of textile fabrics; the storage, distribution, manufacturing and refilling of portable containers of oxygen and other gases;

2.  Carpet cleaning or beating; brewing or distilling of liquors; storage of live poultry or poultry killing or dressing, except for sale at retail on the premises;

3.  Canning or preserving factory; grain elevator; cereals, flour and feed manufacture; cottonseed products manufacture; salt works; starch, glucose, or dextrine manufacture; sugar refining; sausage manufacture; yeast manufacture;

4.  Dog pound; vehicle manufacture; machine shop;

5.  Manufacture of the following: cotton machinery, cutlery or tools, electrical machinery, rubber molds, adding machines, cash registers, typewriters, bicycles, motor vehicles, airplanes, belting, rasps, files, wire products, or implements; brass, bronze, or aluminum foundry; manufacturing of any kind other than a Class U6 Use or a prohibited use; stamping, dyeing, shearing, or punching metal;

6.  Manufacture of bronze powder, batteries, electric lamps, or chemicals, other than chemicals included in other classes; assaying other than gold or silver;

7.  Celluloid and similar cellulose materials manufacture; rubber manufacture from crude, synthetic or scrap rubber; manufacture of synthetic rubber, including the storage of chemicals or gases in greater than tank car lots where used in the manufacture of synthetic rubber; outside and warehouse storage of crude, synthetic, and scrap rubber by manufacturers and their affiliates where used in conjunction with or as a subdivision of rubber manufacturing;

8.  Basket material factory; furniture factory; box factory; saw mill or planing mill; cooperage plant; mattress or bed spring factory;

9.  Stone quarry; cement products manufacture; bituminous materials mixing plant;

10. Manufacture of oil cloth, linoleum, enamel, lacquer, oil, paint, shellac, varnish, and printing ink;

11. Coal hoist, coal pocket, or coal car trestle except where the coal is consumed on the premises; railroad yard or terminal; railroad freight car classification yard; railroad roundhouse or shop;

12. Nut, bolt, or screw manufacture; structural iron works; iron foundry; match manufacture; brick, tile or terra cotta, and other clay, shale, or glass products manufacture; paper manufacture; and

13. Storage in bulk of fuel oil, gasoline, or other flammable liquids in greater than tank car lots, but not nearer than one hundred fifty feet to a residence district.

14. All uses permitted in § 153.285(A)(1) through (9).

B.  Accessory Uses. An accessory use customarily incident to a Class U5 Use shall also be permitted in a Class U5 District, provided, however, that a Class U6 Use or a prohibited use shall not be permitted as an accessory use in a Class U5 District, except that rubber reclaiming, occupying not more than twenty-five percent of the ground floor area of the plant may be permitted as an accessory use to a Class U5 Use.

C.  Height Requirements. Height regulations in Class U5 Districts shall be as provided in the article on Height Districts at §§ l53.335 et seq.

D.  Development Requirements. Area regulations, yards, parking, and other development requirements in Class U5 Districts shall be as provided in the article on Development and Area District Requirements at §§ 153.300 et seq.

E.  Sign Requirements. Regulations for on-premises exterior signs in Class U5 Districts shall be as provided in the article on On-Premises Exterior Signs at §§ 153.345 et seq.

F.   Restriction of Uses. Within a Class U5 District, no structure or premises shall be used, and no structure shall be erected to be used, for other than a U5 Use. Penalty, see § 153.199.

(Prior code § 153.109; Ord. 501-2002; Ord. 476-1997; Ord. 821-1981; Ord. 322-1976)

(Ord. 264-2012)

153.295 - Heavy industry districts—Class U6.

A.   Subdivision of Uses. Class U6 Uses (Heavy Industry) are subdivided and permitted as follows:

   1.   Pulp and plaster manufacture, emery cloth, and sandpaper manufacture;

   2.   Ammonia bleaching powder, sulfuric acid, or other chemical plants emitting corrosive or toxic fumes carrying beyond the premises, other than uses included in the prohibited use class; wood distillation, including manufacture of charcoal, tar, turpentine, and other byproducts; coal distillation, including byproducts manufacture; outside and warehouse storage of scrap rubber; rubber reclaiming; creosote manufacture or treatment; gas manufacture from coal or petroleum or storage thereof; carbon or lampblack manufacture; petroleum storage (in quantities greater than tank car lots; tar distillation; tar roofing and tar water-proofing manufacture; manufacture of disinfectant, insecticide, or dyestuff;

   3.   Locomotive manufacture; railway car manufacture; boiler works; reducing or refining aluminum, copper, tin, or zinc; steel furnace; blast furnace or works; blooming or rolling mill; power forge; pipe works; wire or rod mill; coke ovens;

   4.   Pickles, vinegar, or sauerkraut manufacture; cider mill; fish packing or storage; tobacco (chewing) manufacture; and

   5.   All uses permitted under § 153.290(A)(1) through (14).

B.   Accessory Uses. An accessory use customarily incident to a Class U6 Use shall also be permitted, provided, however, that a prohibited use shall not be permitted as an accessory use in a Class U6 District.

C.   Height Requirements. Height regulations in Class U6 districts shall be as provided in the article on Height Districts at §§ 153.335 et seq.

D.   Development Requirements. Area regulations, yards, parking, and other development requirements in Class U6 Districts shall be as provided in the article on Development and Area District Requirements at §§ 153.300 et seq.

E.   Sign Requirements. Regulations for on-premises exterior signs in Class U6 Districts shall be as provided in the article on On-Premises Exterior Signs at §§ 153.345 et seq.

F.   Restriction of Uses. Within a Class U6 District, no structure or premises shall be used, and no structure shall be erected to be used, for other than a U6 Use. Penalty, see § 153.199.

(Prior code § 153.110; Ord. 821-1981; Ord. 522-1981; Ord. 322-1976)