ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TR Construction, Inc., | ) | CASE NO. 5:21CR1109 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>Judge John R. Adams</u> |
| | ) | |
| Summit County, Ohio, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court are numerous motions. Defendant's motion to dismiss is DENIED AS MOOT based upon the filing of the amended complaint. Plaintiff's motion to deem that motion to dismiss moot is therefore GRANTED. Defendant's motion for additional time to answer is GRANTED to the extent necessary.

Nothing in the Court's order precludes Defendant from refiling its motion to dismiss if it believes the arguments are applicable to the amended complaint.

**IT IS SO ORDERED.**

Date: August 11, 2021      */s/ John R. Adams*
                   **JOHN R. ADAMS**
                   **UNITED STATES DISTRICT JUDGE**