IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | |
|---|---|
| **TR CONSTRUCTION, INC.**<br><br>    Plaintiff,<br><br>    -vs.-<br><br>**SUMMIT COUNTY, OHIO**<br><br>    Defendant. | **CASE NO.:** 5:21-CV-01109-JRA<br><br>**JUDGE:** JOHN ADAMS<br><br><br><br>**MOTION TO SHOW CAUSE** |

Plaintiff TR Construction, Inc. ("TR") respectfully requests that this Court issue an order compelling third-party Green Earth Holdings, LLC to appear and show cause as to why it should not be held in contempt of this Court for failing to comply with a duly issued subpoena. An affidavit of Attorney John T. Pfleiderer in support of this motion is attached at Exhibit 1. A true and accurate copy of such subpoena is attached at Exhibit 1A. Proof of service / affidavit of such subpoena is attached at Exhibit 1B. A copy of such subpoena was served upon counsel for Defendant Summit County, Ohio via electronic mail on June 29, 2022. Exhibit 1, ¶4.

Green Earth Holding, LLC's response to TR's subpoena was due July 14, 2022. Id. at ¶ 6. Green Earth Holdings, LLC has not produced any response to TR's subpoena. Id. at ¶ 8.

**WHEREFORE**, Plaintiff TR Construction, Inc. respectfully requests that this Court issue an order compelling third-party Green Earth Holdings, LLC to appear and show cause as to why it should not be held in contempt of this Court; Plaintiff further requests reasonable expenses incurred, including reasonable attorney fees.

        Respectfully submitted,

        **MENDENHALL LAW GROUP**

        */s/ John T. Pfleiderer*
        Warner Mendenhall   (0070165)
        Thomas Connors     (0007226)
        Brian Unger           (0096884)
        John Pfleiderer       (0100195)
        190 North Union Street - Suite 201
        Akron, Ohio 44308
        Phone:       (330) 535-9160
        Facsimile:   (330) 762-9743
        Email: warner@warnermendenhall.com
               tconnors@warnermendenhall.com
               brian@warnermendenhall.com
               john@warnermendenhall.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This paper was filed with the Court's electronic filing system and served upon all counsel of record. Under the United States District Court of the Northern District of Ohio's Electronic Filing Policies and Procedure Manual Rule 14, no certificate of service is required.

This motion was served upon third-party Green Earth Holdings, LLC at its statutory address by regular U.S. Mail on July 21, 2022 at the following address:

Incorp Services, Inc.
c/o Green Earth Holdings, LLC
919 North Market Street, Suite 950
Wilmington, DE 19801

        */s/ John T. Pfleiderer*
        John T. Pfleiderer