**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| TR CONSTRUCTION, INC., | : | CASE NO. 5:21-CV-1109-JRA |
| | : | |
| Plaintiff, | : | JUDGE JOHN R. ADAMS |
| | : | |
| v. | : | |
| | : | |
| SUMMIT COUNTY, OHIO, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's Case Management Order, dated March 14, 2022 (Doc.#29), counsel for the Parties hereby submits the following Joint Status Report:

(1)   <u>Discovery</u>:  The parties have completed all fact discovery and expert discovery.

(2)   <u>Settlement</u>:  No settlement discussions have occurred during the reporting period.

(3)   <u>Motions</u>:  Summit County filed a Motion for Summary Judgment on December 15, 2022 (Doc.#45), and a Motion to Stay the Proceedings Pending a Ruling by the United States Supreme Court in *Tyler v. Hennepin County*, Case No. 22-166, on February 14, 2023 (Doc.#51). Both Motions have been fully briefed, and are currently pending before the Court.

(4)   <u>Other Developments</u>:  Other than the stay motion set forth above, there are no other developments that might give rise to any deviation from the amended case management plan.

Respectfully submitted,

*/s/ John Pfleiderer (per e-mail consent)*
Warner Mendenhall (0070165)
John Pfleiderer (0100195)
190 North Union Street – Suite 201
Akron, Ohio 44308
warner@warnermendenhall.com
john@warnermendenhall.com

*Attorneys for Plaintiff TR Construction*

*/s/ Stephen W. Funk*
Stephen W. Funk (0058506)
ROETZEL & ANDRESS, LPA
222 S. Main St., Suite 400
Akron, Ohio 44308
Telephone:  330.376.2700
sfunk@ralaw.com

*Attorneys for Defendant Summit County*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of March, 2023, the foregoing *Joint Status Report* was

served upon all counsel of record via the Court's electronic filing system.


*/s/ Stephen W. Funk*
Stephen W. Funk (0058506)

17783824 _1